UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:<br>Dennis Clifford Bruce,<br>    Debtor. | Chapter 7<br><br>Case No. 24-00179<br><br>ENTRY OF APPEARANCE |

COMES NOW, the undersigned, Attorney Eric J. Langston, and does hereby enter his appearance in the above-captioned matter on behalf of DVA, Inc., d/b/a Ditch Witch of Virginia.

Respectfully submitted,

AEGIS Law,

*Eric J. Langston*

Eric J. Langston, AT0014001
601 S. Lindbergh Blvd., Flr 2
Frontenac, MO 63131
(319) 435-9793, Fax: (314) 454-9110
elangston@aegislaw.com
*Attorney for Creditor*

**Certificate of Service**

I certify that I caused the foregoing to be filed with the CM/ECF on April 10th, and mailed, as necessary to those parties not registered with CM/ECF, via USPS first-class, postage fully prepaid.

*Eric J Langston*
Eric J. Langston