## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: <br><br> DENNIS CLIFFORD BRUCE, <br><br> Debtor. | Chapter 7 <br><br> Case No. 24-00179 <br><br> **AMENDMENTS TO STATEMENT OF FINANCIAL AFFAIRS & SCHEDULE A/B** |

COMES NOW the Debtor, Dennis C. Bruce, by and through its undersigned counsel, and amends his Statement of Financial Affairs and Schedule A/B previously filed (Doc. 1).

### AMENDMENTS TO STATEMENT OF FINANCIAL AFFAIRS

1. The Debtor's initial response to *List Certain Payments You Made Before You Filed for Bankruptcy* is hereby amended to include December 19, 2023 and January 24, 2024 mortgage payments of $50,000.00 and $6,724.58, respectively, that were inadvertently left off the initial petition but were listed in the bank statements sent to the Trustee as follows (Part 3: No. 6):

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| IBMC | 12-20-23 | $25,000.00 | $0.00 | ■ Mortgage <br> ☐ Car <br> ☐ Credit Card <br> ☐ Loan Repayment <br> ☐ Suppliers or vendors <br> ☐ Other___ |
| IBMC | 01-10-24 | $35,000.00 | $0.00 | ■ Mortgage <br> ☐ Car <br> ☐ Credit Card <br> ☐ Loan Repayment <br> ☐ Suppliers or vendors <br> ☐ Other___ |
| IBMC | 12-19-23 | $50,000.00 | $0.00 | ■ Mortgage <br> ☐ Car <br> ☐ Credit Card <br> ☐ Loan Repayment <br> ☐ Suppliers or vendors <br> ☐ Other___ |
| IBMC | 01-24-24 | $6,724.58 | $0.00 | ■ Mortgage <br> ☐ Car <br> ☐ Credit Card <br> ☐ Loan Repayment <br> ☐ Suppliers or vendors <br> ☐ Other___ |

2. With the mortgage payment additions, Debtor's initial response to *Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?* is hereby amended from $60,000.00 to $116,724.58 as follows (Part 3: No. 8, second entry):

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Candace Bruce<br>565 Eastview Ave<br>Marion, IA 52302 | 11-10-23 | $23,754.00 | $0.00 | Closed out jointly owned Robinhood brokerage account and distributed her interest to spouse. |
| Candace Bruce<br>565 Eastview Ave<br>Marion, IA 52302 | 12-19-23 +<br>12-20-23 +<br>01-10-24 +<br>01-24-24 | $116,724.58 | $0.00 | Paid off joint mortgage on homestead. |
| Candace Bruce | 01-03-24 | $16,250.00 | $0.00 | Her half of 2018 Jeep Wrangler sale. |

3. The Debtor's initial response to *Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?* is hereby amended to include Conduit Direct Group, LLC, for which Debtor holds 19% interest, and which company has a negative balance, as follows (Part 11: No. 27):

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|
| BDC Group, Inc.<br>925 Boyson Ct<br>Hiawatha, IA 52233 | telecom service provider<br><br>Todd Shores | EIN:　47-2908533<br><br>From-To　02/2015 - 01/2024 |
| Conduit Direct Group, LLC<br>120 50th Ave SW, Suite 300<br>Cedar Rapids, IA 52404 | manufacturer of plastics<br><br>R. Gerald Beranek | EIN:<br><br>From-To　04/19/2023 to present |

**AMENDMENT TO SCHEDULE A/B**

4. With the addition of Conduit Direct Group, LLC to the Statement of Financial Affairs, Debtor's Schedule A/B Property section for *Non-publicly traded stock and interests in incorporated and unincorporated business, including an interest in an LLC, partnership and joint venture* is hereby amended as follows (Part 4: No. 19):

2

■ Yes. Give specific information about them..................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| BDC Group, Inc (Note: filed for Chapter 7 on 01/29/2024) | 100 | % | $0.00 |
| Conduit Direct Group, LLC (note: negative profits) | 19 | % | $0.00 |

## DECLARATION

I, the undersigned Debtor, verify that the information set forth herein is true and correct to the best of my knowledge. I further state that in all other respects the Statement of Financial Affairs, Schedule A/B, and all other Schedules previously filed herein remain unchanged.

Dated this 16th day of April 2024.

_____
Dennis C. Bruce

                                          Respectfully submitted,
                                          DAY RETTIG MARTIN, P.C.

                                          /s/ Ronald C. Martin
                                          Ronald C. Martin   AT0005050