**Fill in this information to identify your case:**

Debtor 1         Dennis Clifford Bruce
                 First Name          Middle Name         Last Name

Debtor 2
(Spouse, if filing) First Name       Middle Name         Last Name

United States Bankruptcy Court for the: Northern District of Iowa

Case number    24-00179
(If known)

☒ Check if this is an amended filing

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules       12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____          X _____
Signature of Debtor 1                          Signature of Debtor 2

Date  04/18/2024                               Date _____
     MM / DD / YYYY                                 MM / DD / YYYY

Official Form 106Dec          Declaration About an Individual Debtor's Schedules

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>DENNIS CLIFFORD BRUCE,<br><br>　　　　Debtor. | Chapter 7<br><br>Case No. 24-00179<br><br>**AMENDMENTS TO STATEMENT OF FINANCIAL AFFAIRS & SCHEDULE A/B** |

COMES NOW the Debtor, Dennis C. Bruce, by and through its undersigned counsel, and amends his Statement of Financial Affairs and Schedule A/B previously filed (Doc. 1).

### AMENDMENTS TO STATEMENT OF FINANCIAL AFFAIRS

1. The Debtor's initial response to *List Certain Payments You Made Before You Filed for Bankruptcy* is hereby amended to include December 19, 2023 and January 24, 2024 mortgage payments of $50,000.00 and $6,724.58, respectively, that were inadvertently left off the initial petition but were listed in the bank statements sent to the Trustee as follows (Part 3: No. 6):

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| IBMC | 12-20-23 | $25,000.00 | $0.00 | ☒ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| IBMC | 01-10-24 | $35,000.00 | $0.00 | ☒ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| IBMC | 12-19-23 | $50,000.00 | $0.00 | ☒ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| IBMC | 01-24-24 | $6,724.58 | $0.00 | ☒ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

2. With the mortgage payment additions, Debtor's initial response to *Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?* is hereby amended from $60,000.00 to $116,724.58 as follows (Part 3: No. 8, second entry):

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Candace Bruce 565 Eastview Ave Marion, IA 52302 | 11-10-23 | $23,754.00 | $0.00 | Closed out jointly owned Robinhood brokerage account and distributed her interest to spouse. |
| Candace Bruce 565 Eastview Ave Marion, IA 52302 | 12-19-23 + 12-20-23 + 01-10-24 + 01-24-24 | $116,724.58 | $0.00 | Paid off joint mortgage on homestead. |
| Candace Bruce | 01-03-24 | $16,250.00 | $0.00 | Her half of 2018 Jeep Wrangler sale. |

3. The Debtor's initial response to *Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?* is hereby amended to include Conduit Direct Group, LLC, for which Debtor holds 19% interest, and which company has a negative balance, as follows (Part 11: No. 27):

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| BDC Group, Inc. 925 Boyson Ct Hiawatha, IA 52233 | telecom service provider Todd Shores | EIN:  47-2908533 From-To  02/2015 - 01/2024 |
| Conduit Direct Group, LLC 120 50th Ave SW, Suite 300 Cedar Rapids, IA 52404 | manufacturer of plastics R. Gerald Beranek | EIN: From-To  04/19/2023 to present |

**AMENDMENT TO SCHEDULE A/B**

4. With the addition of Conduit Direct Group, LLC to the Statement of Financial Affairs, Debtor's Schedule A/B Property section for *Non-publicly traded stock and interests in incorporated and unincorporated business, including an interest in an LLC, partnership and joint venture* is hereby amended as follows (Part 4: No. 19):

2

■ Yes. Give specific information about them.

| Name of entity: | % of ownership: | |
|---|---|---|
| BDC Group, Inc (Note: filed for Chapter 7 on 01/29/2024) | 100 % | $0.00 |
| Conduit Direct Group, LLC (note: negative profits) | 19 % | $0.00 |

## DECLARATION

I, the undersigned Debtor, verify that the information set forth herein is true and correct to the best of my knowledge. I further state that in all other respects the Statement of Financial Affairs, Schedule A/B, and all other Schedules previously filed herein remain unchanged.

Dated this 16th day of April 2024.

_/s/ Dennis C. Bruce_
Dennis C. Bruce

Respectfully submitted,
DAY RETTIG MARTIN, P.C.

/s/ Ronald C. Martin
Ronald C. Martin   AT0005050

3