United States Bankruptcy Court

Northern District of Iowa

In re:     Case No. 24-00179-TJC

Dennis Clifford Bruce     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0862-1     User: admin     Page 1 of 2

Date Rcvd: Apr 18, 2024     Form ID: svclist     Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dennis Clifford Bruce, 565 Eastview Ave, Marion, IA 52302-5974 |
| cr | + | DVA, Inc., d/b/a Ditch Witch of Virginia, 11053 Washington Hwy, Glen Allen 11053-0001 |
| cr | + | Green Note Capital Partners SPV LLC, 1019 Avenue P, Suite 401, Brooklyn, NY 11223-2366 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: legalassistant@ablsonline.com | Apr 18 2024 20:32:00 | Ag & Business Legal Strategies, P.O. Box 11425, Cedar Rapids, IA 52410-1425 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 18 2024 20:46:42 | BMW Financial Services NA, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: fpdbankruptcynoticesgroup@cat.com | Apr 18 2024 20:32:00 | Caterpillar Financial Services Corporation, Attn: Joan Morrison, 2120 West End Avenue, Nashville, TN 37203, US |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 20, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:

**Name**     **Email Address**

| District/off: 0862-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 18, 2024 | Form ID: svclist | Total Noticed: 6 |

Austin Peiffer
    on behalf of Creditor Ag & Business Legal Strategies austin@ablsonline.com
    austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Eric J. Langston
    on behalf of Creditor DVA Inc., d/b/a Ditch Witch of Virginia elangston@aegislaw.com,
    ericlangston357.gmail.com@recap.email

Eric W. Lam
    on behalf of Creditor Keystone Savings Bank ELam@simmonsperrine.com
    tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com

Evan Lincoln Moscov
    on behalf of Creditor Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com

Janet G. Reasoner
    on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Larry S. Eide
    eide@pappajohnlaw.com IA12@ecfcbis.com

Mark A Ludolph
    on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com

Paula L. Roby
    on behalf of Debtor Dennis Clifford Bruce paula@drpjlaw.com julie@drpjlaw.com,ashley@drpjlaw.com

Ronald C. Martin
    on behalf of Debtor Dennis Clifford Bruce ronm@drpjlaw.com
    rmartin.ecf@gmail.com,delaney@drpjlaw.com;ashley@drpjlaw.com,julie@drpjlaw.com

United States Trustee
    USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 10

bksl 8/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Dennis Clifford Bruce

Chapter 7

Bankruptcy No. 24–00179

Debtor

## SERVICE LIST

Parties Served:
Larry S. Eide
eide@pappajohnlaw.com, IA12@ecfcbis.com

Eric W. Lam on behalf of Creditor Keystone Savings Bank
ELam@simmonsperrine.com,
tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com

Eric J. Langston on behalf of Creditor DVA, Inc., d/b/a Ditch Witch of Virginia
elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Mark A Ludolph on behalf of Creditor Caterpillar Financial Services Corporation
mludolph@heylroyster.com

Ronald C. Martin on behalf of Debtor Dennis Clifford Bruce
ronm@drpjlaw.com,
rmartin.ecf@gmail.com,delaney@drpjlaw.com;ashley@drpjlaw.com,julie@drpjlaw.com

Evan Lincoln Moscov on behalf of Creditor Green Note Capital Partners SPV LLC
evan.moscov@moscovlaw.com

Austin Peiffer on behalf of Creditor Ag & Business Legal Strategies
austin@ablsonline.com, austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Janet G. Reasoner on behalf of U.S. Trustee United States Trustee
janet.g.reasoner@usdoj.gov

Paula L. Roby on behalf of Debtor Dennis Clifford Bruce
paula@drpjlaw.com, julie@drpjlaw.com,ashley@drpjlaw.com

United States Trustee
USTPRegion12.CR.ECF@usdoj.gov

Notice will be mailed to:

Dennis Clifford Bruce
565 Eastview Ave
Marion, IA 52302

entered on 4/18/24 nbec