UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| | CASE NO. 24-00179 |
| DENNIS CLIFFORD BRUCE, | |
| | MOTION TO EXTEND TIME TO |
| Debtor(s). | OBJECT TO EXEMPTIONS |

COMES NOW Larry S. Eide, Trustee and moves the Court to extend the time to object to exemptions, and in support thereof, states:

1. This case was commenced on March 4, 2024.

2. The Meeting of Creditors was held and concluded on April 8, 2024.

3. An objection to exemptions must be filed no later than May 8, 2024.

4. The Trustee has determined that an objection to exemptions related to the Individual Retirement Plan exemption claimed by the Debtor should be filed, and the Trustee is contemplating an objection to the homestead exemption claimed by the Debtor.

5. The Debtor's attorney is presently out of the office.

6. The Trustee requests that the time to file an objection to exemptions be extended to and including May 31, 2024.

WHEREFORE, the Trustee requests that the time to file an objection to exemptions be extend to and including May 31, 2024, and that he be granted such other and further relief as is just and equitable.

DATED: April 26, 2024        /s/ Larry S. Eide
                              Larry S. Eide, Trustee (AT0002317)
                              PO Box 1588
                              Mason City, IA 50402-1588

CERTIFICATION OF SERVICE

The undersigned, Larry S. Eide, certifies that on April 26, 2024, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system and was served electronically on those participants that receive service through the CM/ECF system. The undersigned further certifies that the foregoing document was sent to persons or representatives via electronic mail or U.S. Mail postage prepaid as set forth below: NONE.

                              /s/ Larry S. Eide
                              Larry S. Eide (AT0002317)