## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

IN RE:

DENNIS CLIFFORD BRUCE,

             Debtor(s).

CHAPTER 7
CASE NO. 24-00179

ORDER EXTENDING TIME TO
FILE OBJECTION TO
EXEMPTIONS

_____

UPON THE MOTION of Larry S. Eide, Trustee, to extend time to file an objection to exemptions and the Court finding that good cause exists.

IT IS ORDERED that the deadline for the Trustee to file an objection to exemptions shall be extended to and including May 31, 2024.

DATED AND ORDERED
April 29, 2024

_____
Thad J. Collins

Order prepared by:
Larry S. Eide (AT0002317)
Pappajohn, Shriver, Eide & Nicholas P.C.
PO Box 1588
Mason City, IA  50402-1588
Telephone: (641) 423-4264
Facsimile: (641) 423-3145
Email: eide@pappajohnlaw.com