United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 24-00179-TJC |
| Dennis Clifford Bruce | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 29, 2024 | Form ID: pdf902 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dennis Clifford Bruce, 565 Eastview Ave, Marion, IA 52302-5974 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Austin Peiffer | on behalf of Creditor Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Eric J. Langston | on behalf of Creditor DVA Inc., d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric W. Lam | on behalf of Creditor Keystone Savings Bank ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| Evan Lincoln Moscov | on behalf of Creditor Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com |
| Janet G. Reasoner | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 29, 2024 | Form ID: pdf902 | Total Noticed: 1 |

Larry S. Eide
    on behalf of Trustee Larry S. Eide eide@pappajohnlaw.com eidelr79374@notify.bestcase.com

Larry S. Eide
    eide@pappajohnlaw.com IA12@ecfcbis.com

Mark A Ludolph
    on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com

Paula L. Roby
    on behalf of Debtor Dennis Clifford Bruce paula@drpjlaw.com julie@drpjlaw.com,ashley@drpjlaw.com

Ronald C. Martin
    on behalf of Debtor Dennis Clifford Bruce ronm@drpjlaw.com
    rmartin.ecf@gmail.com,delaney@drpjlaw.com;ashley@drpjlaw.com,julie@drpjlaw.com

United States Trustee
    USTPRegion12.CR.ECF@usdoj.gov


TOTAL: 11

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>DENNIS CLIFFORD BRUCE,<br><br>Debtor(s). | CHAPTER 7<br>CASE NO. 24-00179<br><br>ORDER EXTENDING TIME TO<br>FILE OBJECTION TO<br>EXEMPTIONS |

UPON THE MOTION of Larry S. Eide, Trustee, to extend time to file an objection to exemptions and the Court finding that good cause exists.

IT IS ORDERED that the deadline for the Trustee to file an objection to exemptions shall be extended to and including May 31, 2024.

DATED AND ORDERED
April 29, 2024

_____
Thad J. Collins

Order prepared by:
Larry S. Eide (AT0002317)
Pappajohn, Shriver, Eide & Nicholas P.C.
PO Box 1588
Mason City, IA  50402-1588
Telephone: (641) 423-4264
Facsimile: (641) 423-3145
Email: eide@pappajohnlaw.com