United States Bankruptcy Court

Northern District of Iowa

In re:  
Dennis Clifford Bruce  
    Debtor

Case No. 24-00179-TJC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0862-1      User: admin      Page 1 of 2  
Date Rcvd: May 17, 2024      Form ID: reqfm423      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Dennis Clifford Bruce, 565 Eastview Ave, Marion, IA 52302-5974 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Austin Peiffer | on behalf of Creditor Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Eric J. Langston | on behalf of Creditor DVA Inc., d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric W. Lam | on behalf of Creditor Keystone Savings Bank ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| Evan Lincoln Moscov | on behalf of Creditor Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com |
| Janet G. Reasoner | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |

| District/off: 0862-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 17, 2024 | Form ID: reqfm423 | Total Noticed: 1 |

Larry S. Eide
    on behalf of Trustee Larry S. Eide eide@pappajohnlaw.com  eidelr79374@notify.bestcase.com

Larry S. Eide
    eide@pappajohnlaw.com  IA12@ecfcbis.com

Mark A Ludolph
    on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com

Paula L. Roby
    on behalf of Debtor Dennis Clifford Bruce paula@drpjlaw.com  julie@drpjlaw.com,ashley@drpjlaw.com,lillian@drpjlaw.com

Ronald C. Martin
    on behalf of Debtor Dennis Clifford Bruce rmartin@drpjlaw.com
    rmartin.ecf@gmail.com,ashley@drpjlaw.com,julie@drpjlaw.com,lillian@drpjlaw.com

United States Trustee
    USTPRegion12.CR.ECF@usdoj.gov


TOTAL: 11

reqfrm423 9/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Dennis Clifford Bruce

Chapter 7

Bankruptcy No. 24–00179

Debtor

## NOTICE OF REQUIREMENT TO FILE
## CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE

To:

Ronald C. Martin, Attorney for Debtor
Larry S. Eide, Trustee
United States Trustee
Dennis Clifford Bruce, Debtor

**NOTICE IS HEREBY GIVEN** that, subject to limited exceptions, Debtor must complete an instructional course in personal financial management postpetition in order to receive a discharge under chapter 7. Pursuant to the Federal Rules of Bankruptcy Procedure, Debtor must complete and file Official Form B423 Certification About a Financial Management Course or have an approved course provider file a separate certification. If a joint petition is filed, each debtor must complete and file a separate Official Form B423 or have an approved course provider file separate certifications, one for each debtor.

The Official Form B423 (Certification About a Financial Management Course) filed by Debtor or a certification filed by an approved course provider must be filed with the Bankruptcy Clerk's office no later than 60 days after the date first set for the meeting of creditors.

**NOTICE IS FURTHER GIVEN** that the documents identified above have not been filed. The Official Form B423 is available at www.ianb.uscourts.gov by choosing the National Forms link.

Debtor is hereby notified, pursuant to Federal Rule of Bankruptcy Procedure 5009(b), that the case will be closed without entry of a discharge unless the certification is filed.

After the case has been closed and the Debtor subsequently files the Official Form B423 or an approved course provider files a separate certification on their behalf, Debtor must file a Motion to Reopen the Case and pay the full reopening fee. No action will be taken on documents filed within a closed case.

Date: May 17, 2024

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Nicole J. Becker*

Deputy Clerk