IA-21
(5/94)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| | CASE NO. 24-00179 |
| DENNIS CLIFFORD BRUCE, | |
| | APPLICATION FOR APPROVAL |
| Debtor(s). | OF EMPLOYMENT OF |
| | ATTORNEY; RECOMMENDATION |

_____

COMES NOW, Larry S. Eide, the Trustee in this case and states:

1. The applicant is the trustee in this case.

2. The applicant believes that the employment of an Attorney is necessary to represent or assist the trustee in carrying out the trustee's duties as follows:

To render to the Trustee legal advice with respect to the investigation of the actions of the Debtor, the recovery, collection and disposition of assets of the Estate, the filing of recovery motions and other proceedings, and the filing of objections to claims, if applicable; to prepare necessary income tax returns of the estate; to perform all other legal services necessary or incident to the administration of the Estate by the Trustee.

At present the Trustee requires legal assist to prepare, file and pursue a motion for turnover of property from Robinhood Financial LLC.

3. The law firm of Pappajohn, Shriver, Eide & Nielsen P.C. of Mason City, Iowa is qualified by reason of practice and experience to render such representation or assistance.

4. The compensation will be as follows:

The normal hourly rate charged for services performed by the attorneys and legal assistants, plus reimbursement for usual and necessary out-of-pocket expenses advanced, all to be submitted to the Court for approval prior . The attorney anticipated to perform the majority of the services currently charges $250.00 per hour.

5. Pappajohn, Shriver, Eide & Nielsen P.C. has disclosed to the undersigned that it has the following connections with the Debtor(s), creditors, or any other party-in-interest:

The Applicant is the trustee of this case. To the best knowledge, information and belief of the Applicant none of its shareholders, officers, directors or

IA-21
(5/94)
Page 2

employees have any business, financial or personal interest with the Debtor(s), creditors, or any other party-in-interest, or their respective attorneys and accountants.

I certify that on this date, the original this Application was provided to United States Trustee for review, and a copy was mailed to the Debtor(s), Debtor(s) counsel, and all creditors or other parties-in-interest who have filed a request for notice pursuant to Local Bankruptcy Rule 2002-1(b).

WHEREFORE, Applicant prays that the Court approve such employment by the trustee.

DATED: May 24, 2024                                 /s/ Larry S. Eide
                                                                Larry S. Eide, Trustee (AT0002317)
                                                                PO Box 1588
                                                                Mason City, Iowa 50402-1588

SERVICE LIST:

| Mary R. Jensen | Dennis Clifford Bruce |
| Acting United States Trustee | 565 Eastview Ave |
| United States Federal Courthouse | Marion, IA 52302 |
| 111 7th Avenue SE, Box 17 | |
| Cedar Rapids, IA 52401-2101 | Ronald C. Martin |
| | Day Rettig Martin, P.C. |
| | PO Box 2877 |
| | Cedar Rapids, IA 52406-2877 |

### RULE 2014(a) VERIFICATION

The undersigned Larry S. Eide of Pappajohn, Shriver, Eide & Nielsen P.C. named in the foregoing Application, declares under penalty of perjury that the foregoing Application is true and correct according to the best of my knowledge and belief.

DATED: May 24, 2024                                 /s/ Larry S. Eide
                                                                Larry S. Eide (AT0002317)

IA-21
(5/94)
Page 3

## RECOMMENDATION OF THE UNITED STATES TRUSTEE

Based on the Application made by the trustee, I recommend that the professional employment applied for by the trustee be approved for the purpose(s) indicated in the Application.

DATED: 5/24/24

MARY R. JENSEN
ACTING UNITED STATES TRUSTEE
Region 12

By: /s/ Janet G. Reasoner

## ORDER

Upon the foregoing Application and Recommendation and for cause shown, and pursuant to the provisions of Title 11, United States Code Section 327,

IT IS ORDERED that the professional employment applied for is hereby APPROVED subject to the limitations on compensation provided for the Title 11, United States Code Section 328.

DATED AND ENTERED

_____
Thad J. Collins, Bankruptcy Judge