UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | BANKRUPTCY NO. |
| DENNIS CLIFFORD BRUCE, | ) | 24-00179C |
| | ) | |
| | ) | MOTION TO |
| | ) | EXTEND SECTION 727 FILING |
| | ) | DEADLINE FOR THE |
| | ) | UNITED STATES TRUSTEE |
| Debtor. | ) | |

The U. S. Trustee respectfully moves the Court for an order extending the deadline to file a motion to object to debtor's discharge under 11 U.S.C. §727. In support of this motion, the undersigned states as follows:

1. Debtor filed his chapter 7 petition on March 4, 2024 (doc. 1).

2. The deadline to file an objection to discharge under 11 U.S.C. §727 is May 31, 2024 (doc. 4).

4. The deadline may be extended for cause under Bankruptcy Rules 1017(e)(1) and 4004(b).

5. The U.S. Trustee is attempting to verify the accuracy of the schedules and statement of financial affairs and has an outstanding request for information which has only been partially answered.

6. Cause exists to extend the section 727 filing deadline for 45 days.

7. The U.S. Trustee contacted Debtor's attorney, Ronald Martin to obtain consent for the extension. Debtor's counsel has advised the UST that he is not taking a position on the extension.

For the reasons stated, the U.S. Trustee respectfully moves for an order extending the 11 U.S.C. §727 to July 15, 2024 for the United States Trustee.

DATED this 29th day of May, 2024.

                                        Respectfully submitted,

                                        Mary R. Jensen
                                        Acting United States Trustee
                                        Region 12


                                        By: /s/Janet G. Reasoner
                                            Janet. G. Reasoner
                                            Janet G. Reasoner@usdoj.gov
                                            Assistant U.S. Trustee
                                            U.S. Courthouse
                                            111 7th Ave SE, Box 17
                                            Cedar Rapids, IA   52401
                                            (319)/ 364-2211 fax 364-7370

## CERTIFICATE OF SERVICE

The undersigned certifies that copies of this document were served on the parties listed below by electronic mail or first-class mail, postage prepaid, on May 29, 2024:

    Larry Eide, Ch 7 Trustee

    Ronald Martin and Paula Robey, Debtor's attorney

    Parties requesting notice pursuant to Bankruptcy Rule 2002

    */s/ Jennifer L. Cline*
    Jennifer L. Cline
    Paralegal Specialist