UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 24-00179C |
| DENNIS CLIFFORD BRUCE, | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

ORDER GRANTING MOTION TO EXTEND
TIME TO FILE OBJECTION TO DISCHARGE

The matter before the court is the Acting United States Trustee's motion to extend deadline to file an objection to debtor's discharge pursuant to 11 U.S.C. § 727. The current deadline is May 31, 2024. The United States Trustee requests an extension to and including July 15, 2024. The motion states that debtor's counsel is not taking a position on the extension to the request for relief. The court finds that cause exists to grant the extension of time pursuant to Bankruptcy Rule 4004(b)(1).

THEREFORE, IT IS ORDERED that the deadline to file an objection to debtor's discharge pursuant to 11 U.S.C. § 727 is extended to and including July 15, 2024 for the United States Trustee only.

Dated and entered: May 30, 2024

_____
United States Bankruptcy
Judge

Prepared by:
Office of U.S. Trustee