UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>DENNIS CLIFFORD BRUCE,<br><br>    Debtor | Chapter  7<br><br>Bankruptcy No.  24-00179 |

## MEMORANDUM ORDER

Trustee filed a Motion for Turnover of Property (Robinhood brokerage account) ("Motion") on May 24, 2024 (Doc. 44). Debtor has until June 13, 2024 to file a resistance to the Motion.

If no resistance is filed, Trustee shall submit a proposed order granting the Motion for Turnover of Property (Robinhood brokerage account). If Debtor files a resistance, the Motion will be set for hearing.

Ordered: May 30, 2024

Thad J. Collins
Chief Bankruptcy Judge