United States Bankruptcy Court

Northern District of Iowa

In re:                                                       Case No. 24-00179-TJC

Dennis Clifford Bruce                                      Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0862-1                                User: admin                                  Page 1 of 2

Date Rcvd: May 30, 2024                           Form ID: pdf902                              Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| aty | Pappajohn, Shriver, Eide & Nielsen P.C., PO Box 1588, Mason City, IA 50402-1588 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2024                              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Austin Peiffer | |
| | on behalf of Creditor Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Eric J. Langston | |
| | on behalf of Creditor DVA  Inc., d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric W. Lam | |
| | on behalf of Creditor Keystone Savings Bank ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| Evan Lincoln Moscov | |
| | on behalf of Creditor Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com |
| Janet G. Reasoner | |
| | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |
| Larry S. Eide | |
| | on behalf of Trustee Larry S. Eide eide@pappajohnlaw.com  eidelr79374@notify.bestcase.com |
| Larry S. Eide | |
| | eide@pappajohnlaw.com  IA12@ecfcbis.com |

District/off: 0862-1                          User: admin                                    Page 2 of 2

Date Rcvd: May 30, 2024                       Form ID: pdf902                            Total Noticed: 1

Mark A Ludolph

       on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com

Paula L. Roby

       on behalf of Debtor Dennis Clifford Bruce paula@drpjlaw.com  julie@drpjlaw.com,ashley@drpjlaw.com,lillian@drpjlaw.com

Ronald C. Martin

       on behalf of Debtor Dennis Clifford Bruce rmartin@drpjlaw.com
       rmartin.ecf@gmail.com,ashley@drpjlaw.com,julie@drpjlaw.com,lillian@drpjlaw.com

United States Trustee

       USTPRegion12.CR.ECF@usdoj.gov


TOTAL: 11

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:                            )      CHAPTER 7
                                  )      CASE NO. 24-00179C
DENNIS CLIFFORD BRUCE,            )
                                  )
                                  )
            Debtor.               )

ORDER GRANTING MOTION TO EXTEND
TIME TO FILE OBJECTION TO DISCHARGE

The matter before the court is the Acting United States

Trustee's motion to extend deadline to file an objection to

debtor's discharge pursuant to 11 U.S.C. § 727.  The current

deadline is May 31, 2024.  The United States Trustee requests an

extension to and including July 15, 2024. The motion states that

debtor's counsel is not taking a position on the extension to

the request for relief.  The court finds that cause exists to

grant the extension of time pursuant to Bankruptcy Rule

4004(b)(1).

THEREFORE, IT IS ORDERED that the deadline to file an

objection to debtor's discharge pursuant to 11 U.S.C. § 727 is

extended to and including July 15, 2024 for the United States

Trustee only.

Dated and entered: May 30, 2024

_____
United States Bankruptcy
Judge

Prepared by:
Office of U.S. Trustee