United States Bankruptcy Court

Northern District of Iowa

In re:                                                                                           Case No. 24-00179-TJC

Dennis Clifford Bruce                                                                            Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0862-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 30, 2024 | Form ID: pdf902 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dennis Clifford Bruce, 565 Eastview Ave, Marion, IA 52302-5974 |
| aty | | Pappajohn, Shriver, Eide & Nielsen P.C., PO Box 1588, Mason City, IA 50402-1588 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2024                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Austin Peiffer | on behalf of Creditor Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Eric J. Langston | on behalf of Creditor DVA  Inc., d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric W. Lam | on behalf of Creditor Keystone Savings Bank ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| Evan Lincoln Moscov | on behalf of Creditor Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com |
| Janet G. Reasoner | on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov |

| District/off: 0862-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 30, 2024 | Form ID: pdf902 | Total Noticed: 2 |

Larry S. Eide

        eide@pappajohnlaw.com  IA12@ecfcbis.com

Larry S. Eide

        on behalf of Trustee Larry S. Eide eide@pappajohnlaw.com  eidelr79374@notify.bestcase.com

Mark A Ludolph

        on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com

Paula L. Roby

        on behalf of Debtor Dennis Clifford Bruce paula@drpjlaw.com  julie@drpjlaw.com,ashley@drpjlaw.com,lillian@drpjlaw.com

Ronald C. Martin

        on behalf of Debtor Dennis Clifford Bruce rmartin@drpjlaw.com
rmartin.ecf@gmail.com,ashley@drpjlaw.com,julie@drpjlaw.com,lillian@drpjlaw.com

United States Trustee

        USTPRegion12.CR.ECF@usdoj.gov


TOTAL: 11

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE:

DENNIS CLIFFORD BRUCE,

Debtor

Chapter 7

Bankruptcy No. 24-00179

**MEMORANDUM ORDER**

Trustee filed a Motion for Turnover of Property (Robinhood brokerage account) ("Motion") on May 24, 2024 (Doc. 44). Debtor has until June 13, 2024 to file a resistance to the Motion.

If no resistance is filed, Trustee shall submit a proposed order granting the Motion for Turnover of Property (Robinhood brokerage account). If Debtor files a resistance, the Motion will be set for hearing.

Ordered: May 30, 2024

Thad J. Collins
Chief Bankruptcy Judge