UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-00179 |
| Dennis Clifford Bruce, | ) | |
| Debtor, | ) | (Chapter 7) |
| | ) | |
| DVA, Inc. | ) | MOTION TO DISMISS |
| Plaintiff, | ) | ADVERSARY PROCEEDING |
| v. | ) | |
| Dennis Clifford Bruce | ) | |
| Defendant. | ) | |

COMES NOW DVA, Inc., a Virginia corporation, d/b/a Ditch Witch of Virginia (the "*Plaintiff*), files this Notice To Dismiss Adversary Proceeding against Dennis Clifford Bruce (the "*Defendant*").

WHEREFORE the Plaintiff prays that the Court grant the Notice To Dismiss Adversary Proceeding, and provide for such other relief as is just, proper, and necessary under the circumstances.

Respectfully submitted,

AEGIS Law,

# Eric J Langston

Eric J. Langston, AT0014001
Mailing:  601 S. Lindbergh Blvd.
          Frontenac, MO 63131
Physical: 222 Third Ave. SE
          Suite 501, Office 6
          Cedar Rapids, IA 52401
(319) 435-9793, Fax: (314) 454-9110
elangston@aegislaw.com
*Attorney for Plaintiff*

---

**Certificate of Service**

I certify that I caused the foregoing to be filed with the EDMS on June 10th, and mailed, as necessary to those parties not registered with EDMS, via USPS first-class, postage fully prepaid.

Eric J Langston