United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 24-00179-TJC |
| Dennis Clifford Bruce | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 14, 2024 | Form ID: pdf902 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Dennis Clifford Bruce, 565 Eastview Ave, Marion, IA 52302-5974 |
| aty | Pappajohn, Shriver, Eide & Nielsen P.C., PO Box 1588, Mason City, IA 50402-1588 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2024            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Austin Peiffer | on behalf of Creditor Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com |
| Eric J. Langston | on behalf of Creditor DVA  Inc., d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric J. Langston | on behalf of Plaintiff DVA  Inc. d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric W. Lam | on behalf of Creditor Keystone Savings Bank ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| Evan Lincoln Moscov | on behalf of Creditor Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com |

| District/off: 0862-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 14, 2024 | Form ID: pdf902 | Total Noticed: 2 |

Janet G. Reasoner
    on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Larry S. Eide
    eide@pappajohnlaw.com IA12@ecfcbis.com

Larry S. Eide
    on behalf of Trustee Larry S. Eide eide@pappajohnlaw.com eidelr79374@notify.bestcase.com

Mark A Ludolph
    on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com

Paula L. Roby
    on behalf of Debtor Dennis Clifford Bruce paula@drpjlaw.com julie@drpjlaw.com,ashley@drpjlaw.com,lillian@drpjlaw.com

Ronald C. Martin
    on behalf of Debtor Dennis Clifford Bruce rmartin@drpjlaw.com
    rmartin.ecf@gmail.com,ashley@drpjlaw.com,julie@drpjlaw.com,lillian@drpjlaw.com

United States Trustee
    USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>DENNIS CLIFFORD BRUCE,<br><br>               Debtor(s). | CHAPTER 7<br>CASE NO. 24-00179<br><br>ORDER GRANTING MOTION<br>FOR TURNOVER OF RECORDS<br>AND PROPERTY |

      NOW, the Motion for Turnover of Records and Property filed by Larry S. Eide, the Chapter 7 Trustee, comes before the Court. The Court FINDS:

    1.    This case was commenced on March 4, 2024.

    2.    The Debtor listed the ownership of a Robinhood brokerage account in the Schedules with a value of $11,158.76 and stated that he does not currently have access to the account.

    3.    Bankruptcy Code §542(a) provides that

[e]xcept as provided in subsection (c) or (d) of this section, an entity, other than a custodian, in possession, custody, or control, during the case, of property that the trustee may use, sell, or lease under section 363 of this title, or that the debtor may exempt under section 522 of this title, shall deliver tot the trustee, and account for, such property or the value of such proeprty, unless such property is of inconsequential value or benefit to the estate.

    4.    Neither Bankruptcy Code §542(c) nor §542(d) are applicable to the brokerage account and its contents.

    5.    The Trustee filed a Motion for Turnover of Records and Property on May 24, 2024 (Doc. 44).

    6.    The statements and allegations of said Motion are deemed to be true and correct for the purposes of entry of this Order.

    7.    The investments and funds in the Robinhood account are assets of this bankruptcy case and the Trustee is entitled to access to the account of the Debtor, to all of the records pertaining to said account, and to all of the assets (or their liquidation proceeds) in the account.

    8.    The true name of the broker holding said funds appears to be Robinhood Financial LLC, and it appears to be a wholly owned subsidiary of the publicly held company Robinhood Markets, Inc.

9. The broker holding the account, investments and funds should be compelled and ordered to provide access to the Debtor's brokerage account, and to all of the records pertaining to the account, to the Trustee for the purpose of liquidating all investments and thereafter withdrawing all funds from the account.

10. The Trustee's Motion should be granted.

11. The Court retains jurisdiction of this matter for the purpose of entering such further orders as are necessary to grant the Trustee access to the Debtor's account, all records pertaining to the account, to the liquidation of all investments held in said account, and to the liquidation of said account.

AND, IT IS SO ORDERED.

DATED AND GRANTED    June 14, 2024

Thad J. Collins, Bankruptcy Judge

Order prepared and submitted by:
Larry S. Eide, Trustee (AT0002317)
PO Box 1588
Mason City, IA 50402-1588
Telephone: 641.423.4264
Facsimile: 641.423.3145
Email: eide@pappajohnlaw.com