IA-16
(Revised 6/98)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| IN RE: | CHAPTER 7 |
| --- | --- |
| | CASE NO. 24-00179 |
| DENNIS CLIFFORD BRUCE, | |
| | NOTICE AND REPORT OF SALE |
| Debtor(s). | OF PROPERTY |

The undersigned trustee of the estate of the Debtor(s) named above, subject to objection under Local Bankruptcy Rule 6004-1(a), will sell the following property of the estate:

All of Debtor's right, title and interest in Conduit Direct Group, LLC, an Iowa limited liability company, believed by the Trustee to be a 25% ownership in the LLC as of the date of commencement of this case on March 4, 2024. The LLC was formed in early 2023. The LLC is involved in the manufacture of plastic conduit for fiber optic cable and the like. The LLC is not profitable and the LLC has previously requested additional capital contributions from its members in order to fund operations. The Trustee is informed that another request for additional capital will be forthcoming very soon.

To the following purchaser: Conduit Direct Group, LLC, 120 50th Ave SE, Suite 300 Cedar Rapids, IA 52404

For the following considerations: $15,000.00 due within 15 days after the approval of this sale. If the purchase price is not timely received, the Trustee has the right to cancel and/or rescind this sale, at his sole option, upon written notice mailed to the purchaser, or to seek collection from the purchaser of the purchase price. Until the purchase price is paid in full, the property sought to be sold shall remain property of the estate.

NOTICE IS HEREBY GIVEN that any objections thereto must by served on the undersigned trustee, the United States Trustee, Debtor(s), Debtor(s)' counsel, and the purchaser at the addresses shown below, and filed with the United States Bankruptcy Court, Northern District of Iowa, Clerk's Office, 111 7th Avenue SE, Box 15, Cedar Rapids, IA 52401-2101, or United States Bankruptcy Court, Northern District of Iowa, Clerk's Office, Federal Building, 320 6th Street, Room 117, Sioux City, IA 51101, **on July 12, 2024**.

NOTICE IS FURTHER GIVEN that timely-filed objections, if any, will be set for hearing by separate notice, and if no objections are filed, said sale will be deemed approved without further Court Order.

IA-16
(Revised 6/98)
Page 2

DATED: June 21, 2024                          /s/ Larry S. Eide
                                              Larry S. Eide, Trustee (AT0002317)
                                              PO Box 1588
                                              Mason City, Iowa 50402-1588


Debtor(s):                                    Purchaser:
Dennis Clifford Bruce                         Conduit Direct Group, LLC
565 Eastview Ave                              Attn: Gerald Beranek, President
Marion, IA 52302                              120 50th Ave SE, Suite 300
                                              Cedar Rapids, IA 52404

Debtor(s)' Counsel:
Ronald C. Martin                              United States Trustee:
Day Rettig Martin, P.C.                       Mary R. Jensen
PO Box 2877                                   Acting United States Trustee
Cedar Rapids, IA 52406-2877                   United States Federal Courthouse
                                              111 7th Avenue SE, Box 17
                                              Cedar Rapids, IA  52401-2101


        I hereby certify that a copy of the document on which this appears and all enclosures were served on the date indicated below to all creditors and parties-in-interest as required by the Bankruptcy Code and Rules by the office of Larry S. Eide, Trustee per the attached listed.

DATED: June 21, 2024                           /s/ Larry S. Eide
                                              Larry S. Eide (AT0002317)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0862-1<br>Case 24-00179<br>Northern District of Iowa<br>Cedar Rapids<br>Fri Jun 21 10:45:08 CDT 2024 | 1 Stop Traffic Services LLC<br>5636 Kendall Ct Unit A<br>Arvada, CO 80002-2747 | 1 Stop Utility & Construction<br>5636 Kendall Ct Unit A<br>Arvada, CO 80002-2747 |
| ABB (Fastwyre)<br>Corporate Headquarters-North America<br>305 Gregson Dr<br>Cary, NC 27511-6496 | AG & EG LLC<br>c/o Anddrew Galinsky<br>3900 Vandalia Rd<br>Des Moines, IA 50317-1550 | AT&T Services Inc<br>Attn: Contract Admin<br>14575 Presidio Square Blvd<br>Houston, TX 77083-1586 |
| AUS Inc<br>137 NE 48th Pl<br>Des Moines, IA 50313-2343 | Ace Electric<br>1280 Progress St<br>PO Box 557<br>North Liberty, IA 52317-0557 | Acme Tools<br>1943 Blairs Ferry Rd NE<br>Cedar Rapids, IA 52402-5811 |
| Adam Verastegui<br>3023 SW Butternut Dr<br>Ankeny, IA 50023-7201 | Advance Auto Parts<br>Advance Financial Services<br>PO Box 742063<br>Atlanta, GA 30374-2063 | (p)ADVANCED TOWER SERVICES  LLC<br>ATTN AMANDA PEREA<br>2417 BAYLOR DR SE<br>ALBUQUERQUE NM 87106-3205 |
| Advanced Traffic Control Inc<br>PO Box 8958<br>Cedar Rapids, IA 52408-8958 | Affordable Pressure Washing<br>7303 Mount Vernon Rd SE<br>Cedar Rapids, IA 52403-7130 | (p)AG & BUSINESS LEGAL STRATEGIES<br>PO BOX 11425<br>CEDAR RAPIDS IA 52410-1425 |
| Alberto Garcia Jr<br>2024-42 Fairfax Pike<br>White Post, VA 22663 | Alexis Reyes Lira<br>2324 Imogene St<br>Memphis, TN 38114-6215 | (p)ALLIANT ENERGY<br>300 E SHERIDAN AVE<br>CENTERVILLE IA 52544-2625 |
| Allied Glass<br>1575 Ketelsen Dr, Suite 500<br>Hiawatha, IA 52233-2220 | Ally Bank, c/o AIS Portfolio Services LL<br>4515 N Santa Fe Ave<br>Dept APS<br>Oklahoma City, OK 73118-7901 | Ally Financial<br>PO Box 380901<br>Minneapolis, MN 55438-0901 |
| Ally Financing<br>PO Box 9001948<br>Louisville, KY 40290-1948 | (p)ALTORFER INC<br>PO BOX 1347<br>CEDAR RAPIDS IA 52406-1347 | American Boring Inc<br>6895 Pickering Rd<br>Carroll, OH 43112-9614 |
| American Truck & Trailer Supply<br>11949 Livingston Rd<br>Manassas, VA 20109-2780 | Antonio Reyes<br>201 Hays Ave<br>Trenton, TN 38382-2130 | Area Wide Protective<br>PO Box 636219<br>Cincinnati, OH 45263-6219 |
| Arizona Department of Revenue<br>Attn: Customer Care<br>PO Box 29086<br>Phoenix, AZ 85038-9086 | Arizona Department of Revenue<br>Office of Arizona Attorney General - BCE<br>c/o Tax, Bankruptcy and Collection Sct<br>2005 N Centra Ave, Suite 100<br>Phoenix, AZ 85004-1546 | Arnold Motor Supply<br>1000 44th St<br>Marion, IA 52302-1542 |

```
Arnold Motor Supply LLP            Asphalt Restorations Inc           Asphalt Restorations, Inc.
PO Box 320                         PO Box 278                         1113 Chambers River Road
Spencer, IA 51301-0320             Crownsville, MD 21032-0278         Crownsville, MD 21032-1528


Augustin Sanchez                   BDC Group, Inc.                    BILL / Divvy
224 N Auburn Dr                    925 Boyson Ct                      13707 S 200 W, Suite 100
Sterling, VA 20164-5410            Hiawatha, IA 52233-1233            Draper, UT 84020-2443


BILL / Divvy                       BL Tower Construction              BMO Bank N.A.
6220 America Center Dr, Suite 100  11111 E Pine St                    PO Box 3040
San Jose, CA 95002                 Tulsa, OK 74116-1600               Cedar Rapids, IA 52406-3040


BMO Bank NA f/k/a Bank of the West BMO Bank NA f/k/a Bank of the West BMO Harris Bank, NA
d/b/a Ditch Witch Financial Services d/b/a Ditch Witch Financial Services 300 E John Carpenty Frwy
1625 W Fountainhead Pkwy           Attn: Thomas Burke / Peter Chalik  Irving, TX 75062-2727
AZ-FTN-10C-A                       699 Walnut St, Suite 2000
Tempe, AZ 85282-2371               Des Moines, IA 50309-3948


BMO Harris Bank, NA                BMO Harris Bank, NA                BMO Harris Bank, NA
3925 Fountains Blvd NE             PO Box 3040                        PO Box 71810
Cedar Rapids, IA 52411-6619        Cedar Rapids, IA 52406-3040        Chicago, IL 60694-1810


(p)BMW FINANCIAL SERVICES          BMW Financial Services NA, LLC     BMW Financial Services NA, LLC, c/o AIS Port
CUSTOMER SERVICE CENTER            AIS Portfolio Services, LLC        4515 N Santa Fe Ave. Dept. APS
PO BOX 3608                        4515 N Santa Fe Ave. Dept. APS     Oklahoma City, OK 73118-7901
DUBLIN OH 43016-0306               Oklahoma City, OK 73118-7901


BREAKOUT CAPITAL, LLC              BTM Engineering Inc                (p)BALTIMORE COUNTY MARYLAND
c/o Weltman, Weinberg & Reis Co., LPA  3001 Taylor Springs Dr         ATTN OFFICE OF BUDGET & FINANCE
965 Keynote Circle                 Louisville, KY 40220-1586          400 WASHINGTON AVENUE
Cleveland, OH 44131-1829                                              RM 150
                                                                      TOWSON MD 21204-4605


Bank of America                    Bank of America                    Bank of America, NA
100 N Tryon St                     PO Box 15220                       PO Box 31785
Charlotte, NC 28202-4036           Wilmington, DE 19886-5220          Tampa, FL 33631-3785


Bank of America, NA                Barbour Building Systems LLC       Barnhart Crane
c/o SouthLaw PC                    21421 E Truman Rd                  PO Box 2153 Dept 1906
13150 Foster, Suite 100            Independence, MO 64056-2673        Birmingham, AL 35287-0002
Overland Park, KS 66213-2660


BerganKDV                          BerganKDV                          Bid2Win Software Inc, a/k/a B2W Software
Creative Planning Tax LLC          PO Box 735484                      99 Bow St, Suite 500
417 1st Ave SE, Suite 300          Dallas, TX 75373-5484              Portsmouth, NH 03801-3846
Cedar Rapids, IA 52401-1309
```

```
Blue Star Power Systems Inc              Bollmeier Crane & Lift                  Bradley & Riley PC
2250 Carlson Dr                          508 Hickory Ln                          Attn: Laura Hyer
Mankato, MN 56003-2213                   Marissa, IL 62257-1706                  2007 1st Ave SE
                                                                                 PO Box 2804
                                                                                 Cedar Rapids, IA 52406-2804


Brandon Hugenel                          Breakout Capital Finance LLC            (p)BREAKOUT CAPITAL  LLC
2105 25th St SW                          c/o Weltman Weinger & Reis Co LPA       1451 DOLLEY MADISON BLVD
Cedar Rapids, IA 52404-2483              Attn: Scott D. Fink                     SUITE 200
                                         965 Keynote Cir                         MCLEAN VA 22101-3847
                                         Cleveland, OH 44131-1829


Bright Lighting Inc                      Dennis Clifford Bruce                   Bulldog Pipe
11111 E Pine St                          565 Eastview Ave                        16657 E 122nd St N
Tulsa, OK 74116-1600                     Marion, IA 52302-5974                   Collinsville, OK 74021-5180


CAJ Services LLC                         CB Companies LLC                        CIT Sewer Solutions
2400 Tawakoni Dr                         1525 Ketelsen Dr                        530 Dubois Ave
Debt of BDC Group, Inc.                  Hiawatha, IA 52233-2219                 Mc Callsburg, IA 50154
Wylie, TX 75098-0797


Campbell Supply Co                       Candace N. Bruce                        Capital Installations & Services
2127 N Towne Lane NE                     565 Eastview Ave                        1202 Evergreen Ln
Cedar Rapids, IA 52402-1913              Marion, IA 52302-5974                   Pingree Grove, IL 60140-9100


Capital One                              Capital One                             Capital One
Attn: Bankruptcy                         PO Box 4069                             PO Box 6492
PO Box 30285                             Carol Stream, IL 60197-4069             Carol Stream, IL 60197-6492
Salt Lake City, UT 84130-0285


Capital One NA                           Capital One NA                          Car Communications LLC
by American InfoSource as agent          by American InfoSource as agent         8300 Sunset Dr
4514 N Santa Fe Ave                      PO Box 71083                            Manassas, VA 20110-3800
Oklahoma City, OK 73118-7901             Charlotte, NC 28272-1083


Carrier Access IT, LC                    Carrier Access IT, LC                   Castle Concrete LLC
1050 Depot Ln SE #100                    1275 NW 128th St                        1325 Meade St
Cedar Rapids, IA 52401-2463              Clive, IA 50325-7403                    Flatwoods, KY 41139-1027


Caterpillar Financial Services           (p)CATERPILLAR FINANCIAL SERVICES CORPORATION    Caterpillar Financial Services Corp
2600 6th St SW                           2120 WEST END AVENUE                    c/o Mark A Ludolph
Cedar Rapids, IA 52404-3504              NASHVILLE TN 37203-5341                 300 Hamilton Blvd, PO Box 6199
                                                                                 Peoria, IL 61601-6199


Cedar Rapids/Linn Co. Solid Waste Agency Cellco Partnership d/b/a Verizon Wireles Centurylink Communications LLC
1954 County Home Rd                      Attn: William M Vermette                Attn: Legal-BKY
Marion, IA 52302-9758                    22001 Loudoun County Pkwy               1025 El Dorado Blvd
                                         Ashburn, VA 20147-6122                  Broomfield, CO 80021-8249
```

```
Chad Harris                         Chantilly Crushed Stone Inc        City of Cedar Rapids
261 Sunset Ln                       PO Box 220112                      Attn: City Attorney
Hiawatha, IA 52233                  Chantilly, VA 20153-0112            3851 River Ridge Road NE
                                                                        Cedar Rapids, IA 52402-7531


City of Cedar Rapids                Clear Canopy LLC                   Clog Busters
Attn: Rebecca Johnson, Purchasing Agent   1705 W University Dr #108-106    3950 Vandalia Rd
101 First St SE                     McKinney, TX 75069-3392             Des Moines, IA 50317-1550
Cedar Rapids, IA 52401-1205


Collection Services Center          Colliflower Inc                    Colton Paris
PO Box 9125                         9320 Pulaski Hwy                   1267 Lawrence Ave
Des Moines, IA 50306-9125           Middle River, MD 21220-2418        Hazleton, IA 50641-9627


Comcast                             Commercial Group Realty            Complete Design Solutions LLC
PO Box 70219                        Attn: Shahram Ghaffarkhan          3620 Developers Rd
Philadelphia, PA 19176-0219         11990 Market St, Unit 501          Indianapolis, IN 46227-3520
                                    Reston, VA 20190-6001


Complete Design Solutions LLC       Complete Design Solutions LLC      Comptroller of Maryland
511B Davidson Dr                    Attn: Jeffrey P. Taylor            Bankruptcy Unit
Minooka, IL 60447-8423              401 Old Marion Rd NE               301 W Preston St, Room 409
                                    PO Box 10020                       Baltimore, MD 21201-2383
                                    Cedar Rapids, IA 52410-0020


Comstar Supply                      Coopwood's Air Conditioning        Corporation Service Company
105 Kestrel Dr                      414 W Tidwell Rd                   as Representative
Collegeville, PA 19426-2061         Houston, TX 77091-4337             PO Box 2576
                                                                        Springfield, IL 62708-2576


Crowbar's Ltd                       D & S Construction                 D.R.S. Enterprises Inc
4151 3rd Ave, Suite 101             1270 Country Club Dr               5339 Canal Rd
Marion, IA 52302-3957               Marion, IA 52302-5504              Garfield, OH 44125-4808


DDL Business Systems LLC            DM Concrete LLC                    DST, Inc.
PO Box 940                          2462 10th Ave                      4700 Acorn Drive
Stephens City, VA 22655-0940        Marion, IA 52302-2123              Cleveland, OH 44131-6940


DTCenter I, Bldg C UOA              DVA Inc d/b/a Ditch Witch of Virginia   (p)AEGIS LAW
c/o CGR Comm Mgmt LLC               11053 Washington Hwy               601 S LINDBERGH BLVD
23465 Rock Haven Way, Suite 205     Glen Allen, VA 23059-1905          FRONTENAC MO 63131-2733
Sterling, VA 20166-4429


DVA, Inc.                           DVA, Inc., d/b/a Ditch Witch of Virginia   Darling Ventures LLC
d/b/a Ditch Witch of Virginia       11053 Washington Hwy               2404 Indian Hill Rd
c/o Eric J. Langston                Glen Allen  11053-0001             Cedar Rapids, IA 52403-1526
601 S. Lindbergh Blvd., Flr 2
Frontenac, MO 63131-2733
```

| | | |
|---|---|---|
| Davis Tower Foundatin LLC<br>7001 W Memory Ln<br>Hulbert, OK 74441-1904 | Dawes Rigging & Crane Rental<br>PO Box 44080<br>Milwaukee, WI 53214-7080 | Dawson M. Olson<br>1285 Lincoln Dr<br>Marion, IA 52302-2348 |
| (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Dean A Spina<br>2007 First Ave SE<br>Cedar Rapids, IA 52402-6344 | Deere Credit Inc<br>c/o Shuttleworth & Ingersoll, PLC<br>Attn: Wes Huisinga / Benjamin Nielson<br>115 3rd St SE, Suite 500 / PO Box 2107<br>Cedar Rapids, IA 52401-1235 |
| (p)DEERE CREDIT SERVICES  INC<br>ATTN LITIGATION & RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 | Delaware Withholding<br>Correspondence / Annual Forms<br>PO Box 830<br>Wilmington, DE 19899-0830 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Derek Neunaber<br>9710 York St<br>Anamosa, IA 52205-7869 | Derik Thomas<br>207 S Jones St<br>Anamosa, IA 52205-1752 | Des Moines Water Works<br>2201 George Flagg Pkwy<br>Des Moines, IA 50321-1190 |
| Devonte Johnson<br>201 Hart Ave<br>Des Moines, IA 50315-5270 | Ditch Witch - Iowa<br>8511 N Brady St<br>Davenport, IA 52806-9400 | Ditch Witch Financial Services<br>8418 Canyon Dr<br>Amarillo, TX 79119-7200 |
| Ditch Witch of Virginia<br>11053 Washington Hwy<br>Glen Allen, VA 23059-1905 | Diversified Underground Inc<br>PO Box 460909<br>Aurora, CO 80046-0909 | (p)DIVISION OF CHILD SUPPORT ENFORCEMENT<br>BANKRUPTCY UNIT<br>2001 MAYWILL STREET STE 200<br>RICHMOND VA 23230-3236 |
| Division of Child Support Enforcement<br>Bankruptcy Unit<br>PO Box 71900<br>Henrico, VA 23255-1900 | (p)DOMINION ENERGY VIRGINIA NORTH CAROLINA<br>PO BOX 26666<br>RICHMOND VA 23261-6666 | Donald B Rice Tire Company Inc<br>t/a Rice Tire<br>Attn: Mary Beth Beard<br>909 N East St<br>Frederick, MD 21701-4621 |
| Drake Shores<br>813 Saint Annes Dr<br>Iowa City, IA 52245-5635 | Drilltech LLC<br>7080 York St<br>Denver, CO 80229-7301 | Dulles Electric Supply Corp<br>22570 Shaw Rd, Suite 150<br>Sterling, VA 20166-4393 |
| Dylan Bowser<br>19125 Dales Ford Rd<br>Scotch Grove, IA 52310-7484 | Dylan Davis<br>2050 Edgewood Rd NW, Apt 4<br>Cedar Rapids, IA 52405-1006 | E.R. Utilities Construction<br>14520 Golden Oak Rd<br>Centreville, VA 20121-2262 |
| ET Communications LLC<br>40 E Station Ave<br>Coopersburg, PA 18036-2132 | East Central Iowa Council of Governments<br>700 16th St NE, Suite 301<br>Cedar Rapids, IA 52402-4665 | East Central Iowa Council of Governments<br>c/o Rush M Shortley - Attorney at Law<br>1921 51st St NE<br>Cedar Rapids, IA 52402-2400 |

Echo Group Inc
PO Box 336
Council Bluffs, IA 51502-0336

Edge Consulting Engineers Inc
624 Water St
Prairie Du Sac, WI 53578-1027

Larry S. Eide
PO Box 1588
Mason City, IA 50402-1588


Larry S. Eide
Pappajohn, Shriver, Eide & Nielsen P.C.
103 E. State Street, Suite 800
PO Box 1588
Mason City, IA 50402-1588

Electrical Engineering & Equipment
953 73rd St
Windsor Heights, IA 50324-1031

Elevated Technology Solutions
2957 Highway IA-13
Marion, IA 52302-9658


Elmer Majano Hernandez
15095 Arum Pl
Woodbridge, VA 22191-3847

Equipment Marketers & Appraisers
Attn: Craig Hilpipre
3826 Cedar Hieghts Dr, Suite 7
Cedar Falls, IA 50613-6257

Equipment Marketers & Appraisers
c/o Austin Peiffer
1350 Boyson Rd, Unit B
Hiawatha, IA 52233-2211


Ernesto Valasco Caballero
1529 S Mole St
Philadelphia, PA 19146-4837

Ethan Paris
1267 Lawrence Ave
Hazleton, IA 50641-9627

Euler Hermes NA Insurance Co
as Agent for COMS
800 Red Brook Blvd, #400C
Owings Mills, MD 21117-5173


FS3 Inc
PO Box 989
Annandale, MN 55302-0989

Farmers & Merchants Savings Bank
200 First St SW
Cedar Rapids, IA 52404-5735

Fence Pros Inc
3887 Trigg Turner Rd
Corydon, KY 42406-9581


Ferguson d/b/a ACF
PO Box 100286
Atlanta, GA 30384-0286

Fiber Network Resources
2486 State Route 588
Gallipolis, OH 45631-9105

Fidelity Security Life - Avesis
Attn:  Accounts Receivable
PO Box 842531
Los Angeles, CA 90084-2531


Fin & Fern LLC
126 19th St SW
Cedar Rapids, IA 52405

Five Nine Design Group LLC
15925 Hargray Dr
Noblesville, IN 46062-4658

Five Star Communications LLC
725 S 33rd St
Omaha, NE 68105-1411


Five Star Communications LLC
c/o Croker Huck Law Firm
Attn: David J Skalka
2120 S 72nd St, Suite 1200
Omaha, NE 68124-2366

Fola Technologies
2121 Swan Dr
Camanche, IA 52730-2009

Foundation Software
17800 Royalton Rd
Strongsville, OH 44136-5149


Fujitsu Network Communications
2801 Telecom Pkwy
Richardson, TX 75082-3599

Fusion Telecom Services LLC
4020 Oakmeadow Dr
Plano, TX 75093-8538

Fuzzy Cow LLC
3969 Park Towne Ct NE
Cedar Rapids, IA 52402-6446


GD Construction Inc
2514 Cove Hollow Ct
Rowlett, TX 75088-2436

GLT Transportation Group
10 Canal St, #318
Miami, FL 33166-4404

Galinsky Family Real Estate LLC
c/o Andrew Galinsky
3900 Vandalia Rd
Des Moines, IA 50317-1550

| | | |
|---|---|---|
| Galloway Group<br>5840 Youngquist Rd<br>Fort Myers, FL 33912-2271 | Garcia Cable Inc<br>8318 Morningside Dr<br>Manassas, VA 20112-3511 | Gary Bass Construction Inc<br>PO Box 601<br>Edgewood, TX 75117-0601 |
| Genesis Utility Inc<br>1740 Fox Downs Ln<br>Oilville, VA 23129 | Genuine Cable Group<br>PO Box 734769<br>Chicago, IL 60673-4769 | Gina L Kramer, Atty<br>210 Jones St, Suite 201<br>Dubuque, IA 52001-7615 |
| Global Rental Co Inc<br>33 Inverness Center Pkwy<br>Suite 250<br>Birmingham, AL 35242-7648 | Graybar Electric Company Inc<br>12437 Collections Center Dr<br>Chicago, IL 60693-0124 | Graybar Electric Company Inc<br>7601 Setzler Pkwy North<br>Brooklyn Park, MN 55445-1883 |
| GreatAmerica Financial Services Corp<br>625 First St SE<br>Cedar Rapids, IA 52401-2030 | (p)GREATAMERICA FINANCIAL SERVICES CORPORATIO<br>PO BOX 609<br>CEDAR RAPIDS IA 52406-0609 | Green Note Capital Partners SPV LLC<br>1019 Avenue P<br>Suite 401<br>Brooklyn, NY 11223-2366 |
| Green Note Capital Partners SPV LLC<br>Attn: Evan Lincoln Moscov<br>PO Box 8305<br>Waukegan, IL 60079-8305 | Green Note Capital Partners SPV LLC<br>c/o Evan Lincoln Moscov<br>PO Box 8305<br>Waukegan, IL  60079 | (p)GREENSTATE CREDIT UNION<br>ATTN LEGAL<br>PO BOX 800<br>NORTH LIBERTY IA 52317-0800 |
| GreenState Credit Union<br>c/o Terry L Gibson<br>2015 Grand Ave, Suite 102<br>Des Moines, IA 50312-4902 | Greenberg Traurug LLP<br>Attn: Jon L Swergold<br>401 E Las Olas Blvd, Suite 200<br>Fort Lauderdale, FL 33301-2211 | GuideWell<br>303 E Rogers St<br>Houston, TX 77022-1617 |
| Guy M Turner Inc<br>PO Box 7776<br>Greensboro, NC 27417-0776 | H.M. Cragg Co<br>7490 Bush Lake Rd<br>Edina, MN 55439-2801 | HDZ Enterprises Inc<br>7964 Conell Ct, Suite D<br>Lorton, VA 22079-1036 |
| HGP Inc<br>401 Charles St<br>Fredericksburg, VA 22401-6019 | Handley Dirt Work Plus LLC<br>3355 Schmickle Rd<br>Marion, IA 52302-9713 | Harris & Heavener Excavating<br>149 Humphries Dr<br>Reynoldsburg, OH 43068-6801 |
| Hawkeye Fire & Safety<br>716 Oakland Rd NE<br>Cedar Rapids, IA 52402-4669 | Helton Law Office<br>Attn: Tonita M Helton<br>501 N Church St<br>Leon, IA 50144-1301 | (p)HERC RENTALS INC<br>ATTN BANKRUPTCY<br>27500 RIVERVIEW CENTER BLVD 2ND FLOOR<br>BONITA SPRINGS FL 34134-4325 |
| Herc Rentals Inc<br>c/o Shuttleworth & Ingersoll, PLC<br>Attn: Benjamin G Nielson<br>115 3rd St SE, Suite 500 / PO Box 2107<br>Cedar Rapids, IA 52406-2107 | Hiawatha Properties LLC<br>Attn: Timothy J Wilson<br>1710 Hawkeye Dr, Suite 100<br>PO Box 25<br>Hiawatha, IA 52233-0025 | Hiawatha Properties LLC<br>c/o Dan Childers<br>PO Box 2107<br>Cedar Rapids, IA 52406-2107 |

```
Hiawatha Water Dept              Hotel Engine Inc                 ISOLVED Benefit Services
101 Emmons St                    DEPT CH 17483                    PO Box 889
PO Box 25                        Palatine, IL 60055-7483          Coldwater, MI 49036-0889
Hiawatha, IA 52233-0025


ImOn Communications LLC          ImOn Communications LLC          Imperial Crane Services Inc
101 Third Ae SW, Suite 400       PO Box 3446                      7500 W Imperial Dr
Cedar Rapids, IA 52404-5736      Cedar Rapids, IA 52406-3446      Bridgeview, IL 60455-2395


InteliPort Inc                   Internal Revenue Service         (p)IOWA DEPARTMENT OF REVENUE
103 N Church St                  P. O. Box 7346                   ATTN BANKRUPTCY UNIT
Hertford, NC 27944-1103          Philadelphia, PA 19101-7346      PO BOX 10471
                                                                  DES MOINES IA 50306-0471


Iowa Department of Revenue       Iowa Dept of Transportation      Iowa Workforce Development-U/E
Office of the Attorney General of Iowa   PO Box 10382             1000 E Grand Ave
Attn: Bankruptcy Unit            Des Moines, IA 50306-0382        Des Moines, IA 50319-0220
1305 E. Walnut Street
Des Moines, IA 50319-0109


Isotropic Networks Inc           JA Lee Electric Services LLC     JJJ Cable Communication LLC
c/o Terry L Gibson               11 Melanie Lane, Suite 9         2025 Keller Springs Rd #1015
2015 Grand Ave, Suite 102        East Hanover, NJ 07936-1100      Carrollton, TX 75006
Des Moines, IA 50312-4902


JK Communications LLC            Jacob Hensel                     James River Equipment
304 Cottonwood St                1130 32nd St NE                  9107 Owens Dr
Lexington, MO 64067-1386         Cedar Rapids, IA 52402-3515      Manassas, VA 20111-4802


Jared B. Nelson                  Jarod Lee                        Jason A Gang, Atty
506 1st Street E                 207 N Marion St                  1245 Hewlett Plaza, #478
Newhall, IA 52315-9698           Andrew, IA 52030                 Hewlett, NY 11557-4021


Jeramie L. Ellefson              John Deere Construction & Forestry Co   John Deere Construction & Forestry Co
10245 45th Ave, Apt 4            d/b/a John Deere Financial       d/b/a John Deere Financial
Wyoming, IA 52362-7650           6400 NW 86th St                  c/o Wes Huisinga / Benjamin Nielson
                                 PO Box 6600                      115 3rd St SE, Suite 500 / PO Box 2107
                                 Johnston, IA 50131-6600          Cedar Rapids, IA 52401-1222


Jones Transport LLC              Jose Reyes                       Joseph Welsh
Attn: Jennifer Houston           615 Southlia Dr, Apt H           6807 Kingswood Ln
6184 Hwy 98 West, Suite 210      Kokomo, IN 46902-3490            Cedar Rapids, IA 52402-5937
Hattiesburg, MS 39402


Juan Lira                        KYF Global Partners              KYF Global Partners
201 Hays Ave                     1019 Avenue P, #402              Attn: Gadi Dotz / Gene Rosen's Law Firm
Trenton, TN 38382-2130           Brooklyn, NY 11223-2366          200 Garden City Plaza, Suite 405
                                                                  Garden City, NY 11530-3338
```

| | | |
|---|---|---|
| Kathleen Burgess<br>2510 Clark Ave<br>Marion, IA 52302-4135 | Kathleen M. Burgess<br>106 Cardinal Ave<br>Atkins, IA 52206-9728 | Kaylee E. Bruce<br>1075 Parkview Dr<br>Marion, IA 52302-2757 |
| Keenan Flint<br>304 3rd Ave<br>Hiawatha, IA 52233-1634 | Kelly M. Kemmerling<br>654 28th St Court SE<br>Cedar Rapids, IA 52403-3003 | Kenway Trucking LLC<br>1655 Commercial Dr<br>PO Box 237<br>Walford, IA 52351-0237 |
| Kevin L. Haines<br>1984 Scales Bend Rd NE<br>North Liberty, IA 52317-9332 | Keystone Savings Bank<br>807 Rosedale Dr<br>Center Point, IA 52213-9381 | Keystone Savings Bank<br>81 Main St<br>PO Box 367<br>Keystone, IA 52249-0367 |
| Keystone Savings Bank<br>Attn: Abram V. Carls / Eric W. Lam<br>115 3rd St SE, Suite 1200<br>Cedar Rapids, IA 52401-1266 | Keystone Savings Bank<br>c/o Eric W. Lam<br>115 Third Street SE, Suite 1200<br>Cedar Rapids, IA 52401-1222 | Kirkwood Community College<br>7725 Kirkwood Blvd<br>Cedar Rapids, IA 52404-5231 |
| Konica Minolta Business Solutions USA<br>c/o US Bank Equpment Finance<br>1310 Madrid St<br>Marshall, MN 56258-4099 | Konica Minolta Premier Finance<br>PO Box 790448<br>Saint Louis, MO 63179-0448 | Kramer Well Drilling LLC<br>W14405 Hwy 8<br>Weyerhaeuser, WI 54895-9631 |
| Kyle Enterprises LLC d/b/a Millennium<br>c/o Wagner Falconer & Judd, Ltd<br>300 N Corporate Dr, Suite 200<br>Brookfield, WI 53045-5833 | Kyle Enterprises LLC d/b/a Millennium<br>c/o Wagner Falconer & Judd, Ltd.<br>Suite 200<br>Brookfield, WI 53045 | L&M Underground Inc<br>7529 S Storm Mtn<br>Littleton, CO 80127-3807 |
| LL Pelling Co Inc<br>1425 West Penn St<br>PO Box 230<br>North Liberty, IA 52317-0230 | Eric W. Lam<br>115 Third Street S.E. Suite 1200<br>Cedar Rapids, IA 52401-1222 | LamoniHeating, Cooling & Plumbing LLC<br>139 N Linden St<br>Lamoni, IA 50140-1045 |
| Liberty Doors<br>900 W Penn St<br>North Liberty, IA 52317-9524 | Liberty Mutual Insurance<br>PO Box 91012<br>Chicago, IL 60680-1110 | Linn County REC<br>5695 REC Drive<br>PO Box 69<br>Marion, IA 52302-0069 |
| Linn County REC<br>c/o Pulkrabek Law Office, PLC<br>Attn: Julie Pulkrabeck<br>4698 Fox Lane NE<br>Iowa City, IA 52240-7733 | Liquid Capital Exchange Inc<br>Attn: Tammy Kemp / Vlad Rojko<br>5075 Yonge St, Suite 700<br>Toronto Ontario M2N 6C6, CANADA | Liquid Capital Exchange Inc<br>c/o Nymaster Goode, PC<br>Attn: Kristina Stanger<br>700 Walnut St, Suite 1600<br>Des Moines, IA 50309-3899 |
| Liquid Capital Exchange Inc<br>c/o Nymaster Goode, PC / Roy Leaf<br>625 1st St SE, Suite 400<br>Cedar Rapids, IA 52401-2032 | Lisa Watson<br>20388 Farmgate Terr<br>Ashburn, VA 20147-3710 | Listo Services LLC<br>14773 Crimson Bluff<br>Winter Garden, FL 34787-3259 |

| | | |
|---|---|---|
| Loudoun Auto Parts Inc<br>45977 Old Ox Rd<br>Sterling, VA 20166-9472 | Loudoun Quarries<br>PO Box 220112<br>Chantilly, VA 20153-0112 | Loudoun Water<br>PO Box 4000<br>Ashburn, VA 20146-2591 |
| Luck Stone Corp<br>PO Box 22696<br>New York, NY 10087-2696 | Mark A Ludolph<br>Heyl, Royster, Voelker & Allen<br>300 Hamilton Boulevard<br>P.O. Box 6199<br>Peoria, IL 61601-6199 | Lumen Law Department<br>931 14th St, 9th Floor<br>Denver, CO 80202-2994 |
| Lumen Technologies Group LLC<br>Attn: Legal - BKY<br>1025 El Dorado Blvd<br>Broomfield, CO 80021-8249 | Manchester Leasing Services Inc<br>18173 Edison Ave, Unit G<br>Chesterfield, MO 63005-3722 | Manchester Leasing Services Inc<br>2771 104th St, Suite 1<br>Urbandale, IA 50322-3883 |
| Manchester Leasing Services Inc<br>c/o Wandro & Associates / Terry Gibson<br>2015 Grand Ave, Suite 102<br>Des Moines, IA 50312-4902 | Maquoketa Valley REC<br>109 N Huber St<br>Anamosa, IA 52205-1453 | Marion Municipal Water Dept<br>3050 5th Ave<br>Marion, IA 52302-3758 |
| (p)MARLIN BUSINESS CORPORATION<br>ATTN F/K/A MARLIN BUSINESS BANK<br>300 FELLOWSHIP ROAD<br>MOUNT LAUREL NJ 08054-1727 | Marlin Leasing Corporation<br>d/b/a/ PEAC Solutions<br>300 Fellowship Rd<br>Mount Laurel, NJ 08054-1201 | Marlin Leasing Corporation dba PEAC Solution<br>300 Fellowship Rd.<br>Mt. Laurel, NJ 08054-1201 |
| Ronald C. Martin<br>Day Rettig Martin, P.C.<br>P. O. Box 2877<br>Cedar Rapids, IA 52406-2877 | Marvair<br>PO Box 400<br>Cordele, GA 31010-0400 | McCarthy Tire Service Co of VA<br>PO Box 1125<br>Wilkes Barre, PA 18703-1125 |
| McCoart Electric<br>68 Horse Picture<br>Lowmansville, KY 41232-9089 | McGrath<br>4610 Center Point Rd NE<br>Cedar Rapids, IA 52402-2412 | Mediacom Business<br>PO Box 5744<br>Carol Stream, IL 60197-5744 |
| Mediacom Communications Corp<br>Attn: Legal Department<br>One Mediacom Way<br>Chester, NY 10918-4850 | Michael Boots<br>PO Box 1112<br>Wilton, IA 52778-1112 | MidAmerican Energy Company<br>PO Box 4350 Credit<br>Davenport, IA 52808-4350 |
| MidAmerican Energy Company<br>PO Box 8020<br>Davenport, IA 52808-8020 | Midwest Wheel Companies<br>200 50th Ave SW<br>Cedar Rapids, IA 52404-4926 | Mike A. Miner<br>1447 Amber Rd, x44<br>Monticello, IA 52310-8070 |
| (p)MILLBROOK WEST LLC<br>PO BOX 163<br>BROAD RUN VA 20137-0163 | Millennium<br>2121 Hobbs Dr<br>Delevan, WI 53115-5600 | Mob Communications LLC<br>13709 80th Terrace<br>Live Oak, FL 32060-8825 |

Mobile Mini Inc
4646 E Van Buren St, Suite 400
Phoenix, AZ 85008-6927

Modular Connections LLC
1090 Industrial Blvd
Bessemer, AL 35022-6009

Evan Lincoln Moscov
Law Office of Evan L. Moscov
P.O. Box 8305
Waukegan, IL 60079-8305

NOVA RECON
7720 Bethlehem Rd
Manassas, VA 20109-2716

NOVEC
PO Box 34795
Alexandria, VA 22334-0795

Nationwide Mutual Insurance
1100 Locust St, Dept 2006
Des Moines, IA 50391-2006

New Age Drilling LLC
3212 23rd St
Des Moines, IA 50320-2647

NinjaOne
3687 Tampa Rd, Suite 200
Oldsmar, FL 34677-6313

Northern Wisconsin Fence
W7620 Cork Rd
Phillips, WI 54555-6366

Old Republic Surety Group
PO Box 88120
Milwaukee, WI 53288-8120

Ostafi Communication Inc
2121 Swan Dr
Camanche, IA 52730-2009

Overhead Door
6515 4th St SW
Cedar Rapids, IA 52404-4761

Ozzy Fiber Construction Inc
14378 Sandhill Rd
Louisville, NE 68037-2848

PJI Law
3900 Jermantown Rd
Fairfax, VA 22030-4900

PWCSA
PO Box 2266
Woodbridge, VA 22195-2266

Pappajohn, Shriver, Eide & Nielsen P.C.
PO Box 1588
Mason City, IA 50402-1588

Austin Peiffer
Ag & Business Legal Strategies
PO Box 11425
Cedar Rapids, IA 52410-1425

Pennsylvania Dept of Revenue
PO Box 280904
Harrisburg, PA 17128-0904

Pickens, Barnes & Abernathy
Attn: Stephanie L. Hinz
1800 First Avenue NE, Suite 200
P.O. Box 74170
Cedar Rapids, IA 52402-5554

(p)PINCO CONSTRUCTION  LLC
21010 SOUTHBANK ST #605
STERLING VA 20165-7227

Plumetazz America Corp
225 Thrasher Pike
Soddy Daisy, TN 37379-4267

Poly Vinyl Roofing
785 Elbow Creek Rd
Mount Vernon, IA 52314-9732

Port-A-Johns
19212 Military Rd
Bennington, NE 68007-6212

Power Systems Electric South
1746 HWY 19 SE
Pelham, GA 31779

Precision Sheet Metal
1518 13th St
Belle Plaine, IA 52208-1327

Premier AV Solutions
609 W Jefferson St
Palmer, TX 75152-9638

Price Builders LLC
12185 Fredrick
Pampa, TX 79065-1513

Price Builders LLC
Attn: Peter J Chalik
699 Walnut St, Suite 2000
Des Moines, IA 50309-3948

Priceless Landscape
7015 Lancaster Thornville Rd NE
Pleasantville, OH 43148-9738

Primus Electronics
8101 Solutions Center
Chicago, IL 60677-8001

ProTech Electric Services Inc
8615 Whitmore Cir, Suite 108
Omaha, NE 68122-1844

Quality Power Solutions LLC
5718 Manufacturers Dr
Madison, WI 53704-6276

RCR Telecom LLC
2425 W Parker Rd, Bldg 6C
Carrollton, TX 75010-4725

ROC Communications LLC
13908 Lake Dr NE
Columbus, MN 55025-8609

RP Construction LLC
Attn: Jeffrey D. Goetz
801 Grand Ave, Suite 3700
Des Moines, IA 50309-8004

RP Construction LLC
Attn: Reyna Paz, President & CEO
24008 Bishop Meade Pl
Ashburn, VA 20148-1712

Ready Wireless
415 1st Street SE
Cedar Rapids, IA 52401-1808

Janet G. Reasoner
 U.S. Trustee
111 7th Ave SE
Box 17
Cedar Rapids, IA 52401-2103

Resurface Inc
7679 Limestone Dr, Suite 140
Gainesville, VA 20155-4041

Rexco Equipment Inc
5900 SW 56th St
Des Moines, IA 50321-9621

Reyes Underground Utilities
1899 County Road 1126
Cumby, TX 75433-5149

Rice Tire
13032 Balls Ford Rd
Manassas, VA 20109-2410

Robert B. Brown
4907 Harvest Ct SW
Cedar Rapids, IA 52404-7411

Paula L. Roby
Day Rettig Martin, P.C.
150 1st Ave. NE, Suite 415
P.O. Box 2877
52406-2877
Cedar Rapids, IA 52406-2877

Romero Construction LLC
4212 Airline Pkwy
Chantilly, VA 20151-3965

Ross R. Michaelis
121 S Garnavillo St
Anamosa, IA 52205-1975

S&S Fiberoptics Corp
14135 Dan Park Loop
Fort Myers, FL 33912-6853

SIA Underground Inc
324 Preston Dr
Warrenton, VA 20186-2673

Scherr Contracting LLC
5015 SW 8th St
Des Moines, IA 50315-4614

Schimberg Company
1106 Shaver Road NE
Cedar Rapids, IA 52402-4500

Sega Ag Works Inc
PO Box 39
Cissna Park, IL 60924-0039

Seth Stanton
409 6th Ave SW
Cedar Rapids, IA 52404-5814

Sheets Sterling Inc
Attn: Emily Douglas Moore
974 73rd St, Suite 16
West Des Moines, IA 50265-1026

(p)SHEETS STERLING  INC
ATTN KIMBERLY BOWSER
P O BOX 615
STERLING VA 20167-0615

Sherwin-Williams
3501 J St SW
Cedar Rapids, IA 52404-4608

Sherwin-Williams
c/o Michael B. Bach, Authorized Agent
25 Whitney Drive, Suite 106
Milford, OH 45150-8400

Shiloh Reiter
19032 Newport Rd
Anamosa, IA 52205-7703

Smith Gambrel & Russel LLP
Attn: Elizabeth Janczak /Shelly DeRousse
311 S Wacker Dr, Suite 3000
Chicago, IL 60606-6683

Soft Dig Properties LLC
525 Milltown Rd, Suite 304
North Brunswick, NJ 08902-3317

Solutions Fiber Optic Inc
8422 Freedom Ct
Columbia, MD 21045-3100

```
Sourctel Supply LLC                 South Dakota Dept of Revenue       Star Equipment Ltd
1635 Lakes Pkwy, Suite O            300 S Sycamore Ave, Suite 102      PO Box 8438
Lawrenceville, GA 30043-5897        Sioux Falls, SD 57110-1323         Des Moines, IA 50301-8438


State of Wisconsin DWD UI           Summit IG, LLC                     Sunbelt Rentals
PO Box 8914                         Attn:  Lee Grant VP & General Counsel   PO Box 409211
Madison, WI 53708-8914              22365 Broderick Dr. Suite 250      Atlanta, GA 30384-9211
                                    Sterling, VA  20166-9396


TMC Transportation                  TNT Underground Utilities Inc      Tarheel Contractors Supply
PO Box 1774                         303 E Whitworth St                 162 Porter Rd
Des Moines, IA 50306-1774           Hazlehurst, MS 39083-2607          Rock Hill, SC 29730-6339


TelcoDen Inc                        Tennessee Dept of Revenue          Terry Durin Co
PO Box 268                          Andrew Jackson Bldg, 3rd Floor, Ste 500   407 7th Ave SE
Walford, IA 52351-0268              500 Deaderick St                   Cedar Rapids, IA 52401
                                    Nashville, TN 37242-1099


Tier 1 Tower Services LLC           Todd Shores                        Traffic Safety Supplies Inc
955 16th Ave                        1840 Silver Maple Trail            Attn: Accounts Receivable
Marion, IA 52302-2654               North Liberty, IA 52317-4761       14490 Lee Hwy
                                                                       Gainesville, VA 20155-1838


Transportation Consultants Inc      Tripwireless Inc                   TrueNorth Companies, LC
2400 86th St, Suite 28              4941 Allison St                    PO Box 1863
Urbandale, IA 50322-4306            Arvada, CO  80002-4421             Cedar Rapids, IA 52406-1863


Ty McFarland                        Tyler R. Pelton                    U.S. Small Business Administration
1826 23rd St NW                     S3052 E Fox Hill Rd                10737 Gateway West, Suite 300
Cedar Rapids, IA 52405-5602         Baraboo, WI 53913-9176             El Paso, TX 79935-4910


U.S. Small Business Administration  (p)U S  SMALL BUSINESS ADMINISTRATION   U.S. Small Business Administration
2750 1st Ave NE, Suite 350          ATTN BK NOTICES                    Attn: Jody Rae Sartin
Cedar Rapids, IA 52402-4831         332 S MICHIGAN AVE SUITE 600       210 Walnut St, Suite 749
                                    CHICAGO IL 60604-4318              Des Moines, IA 50309-2186


U.S. Small Business Administration  US Cellular                        USA Communications
Fresno District Office              Dept 0205                          124 Main St
801 R Street, Suite 201             Palatine, IL 60055-0205            PO Box 389
Fresno, CA 93721-2365                                                  Shellsburg, IA 52332-0389


USTDW                               United Healthcare                  United Healthcare
PO Box 365                          Atlanta, GA 30374-0376             PO Box 94017
Walford, IA 52351-0365                                                 Palatine, IL 60094-4017
```

United Healthcare Insurance Co
Attn: CDM/Bankruptcy
185 Asylum St - 03B
Hartford, CT 06103-3408

United Private Networks
120 W 12th St
Floor 11
Kansas City, MO 64105-1937

United Rental
5735 4th St Ct SW
Cedar Rapids, IA 52404-4840

United States Trustee
United States Federal Courthouse
111 7th Avenue SE, Box 17
Cedar Rapids, IA 52401-2103

United States of America (SBA)
U.S. Attorney's Office
Attn: Marty McLaughlin
111 7th Ave SE, Box 1
Cedar Rapids, IA 52401-2103

Utility Service Contractors Inc
1410 Industrial Dr, Suite 100
Hiawatha, IA 52233-1149

Van Meter Inc
850 32nd Ave SW
Cedar Rapids, IA 52404-3913

Veerabhadra R Malikireddy
c/o Samson Properties
14526 Lee Rd
Chantilly, VA 20151-2112

Veridian Credit Union
Attn: Bankruptcy
P.O. Box 6000
1827 Ansborough Avenue
Waterloo, IA 50701-3629

Vic's Crane & Heavy Haul Inc
3000 145th St SE
Rosemount, MN 55068-5916

Virginia Dept of Taxation
PO Box 1777
Richmond, VA 23218-1777

Virginia Employment Commission
PO Box 26441
Richmond, VA 23261-6441

Virginia Ground Covers
21585 Cascades Pkwy
Sterling, VA 20166-9209

WI Dept of Workforce Development
Unemployment Insurance Div
PO Box 7945
Madison, WI 53707-7945

WI Dept of Workforce Development
Unemployment Insurance Div / Collections
PO Box 8914
Madison, WI 53708-8914

WM Corporate Services Inc
As Payment Agent
PO Box 4648
Boston, MA 02205

WM Enterprise LLC
11720 Beltsville Dr. #160
Beltsville, MD 20705-3166

Wagner Falconer & Judd, Ltd.
300 N Corporate Drive
Suite 200
Brookfield, WI 53045-5833

Wapsi Banks LLC
761 Wapsi Banks Rd
Central City, IA 52214-9651

Wasape Construction
403747 W 3800 Rd
Talala, OK 74080-3416

Watts Electric Company
13351 Dover St
Waverly, NE 68462-2516

Watts Electric Company
c/o Brian S Koerwitz
5825 South 14th St, Suite 200
Lincoln, NE 68512-1233

Wellmark
1331 Grand Ave
Des Moines, IA 50309-2565

Wells Fargo Bank NA as Agent
Attn: Relationship Manager
14241 Dallas Pkwy, Suite 1300
Dallas, TX 75254-2955

Wendling Quarries Inc
2647 225th St
De Witt, IA 52742-9123

West Pacific Drilling Inc
Attn: Brandon Kuenzi, Secretary
PO Box 882
Silverton, OR 97381-0882

West Union Trenching LLC
800 Hwy 150 South
West Union, IA 52175-1600

Wisconsin Dept of Revenue
PO Box 8901
Madison, WI 53708-8901

Youngwood Lane LLC
Attn:Paul Szczenski
44112 Mercure Cir
Sterling, VA 20166-2084

Younts Contracting LLP
6640 NW Beaver Dr
Johnston, IA 50131-1309

| | | |
|---|---|---|
| ZMAC Transportation Solutions<br>PO Box 55<br>Union Grove, WI 53182-0055 | Zackery McElrey<br>416 G Ave NW<br>Cedar Rapids, IA 52405-2660 | Zayo Group LLC<br>1805 29th St, Suite 2050<br>Boulder, CO 80301-1067 |
| Zayo Group LLC<br>c/o Timothy N. Lillwitz<br>801 Grand Ave, Suite 3700<br>Des Moines, IA 50309-8004 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Advanced Tower Services LLC<br>2417 Baylor Drive SE<br>Albuquerque, NM 87106-3205 | Ag & Business Legal Strategies<br>P.O. Box 11425<br>Cedar Rapids, IA 52410-1425 | (d)Ag & Business Legal Strategies<br>Attn: Austin Peiffer<br>PO Box 11425<br>Cedar Rapids, IA 52410-1425 |
| (d)Ag & Business Legal Strategies<br>Attn: Joe Peiffer & Austin Peiffer<br>PO Box 11425<br>Cedar Rapids, IA 52410-1425 | Alliant Energy<br>300 E Sheridan Ave<br>Centerville, IA 52544-2625 | Altorfer Inc<br>PO Box 1347<br>Cedar Rapids, IA 52405-1347 |
| BMW Financial Services<br>Attn: Bankruptcy/Correspondence<br>PO Box 3608<br>Dublin, OH 43016 | Baltimore County Maryland<br>Attn: Office of Budget & Finance<br>400 Washington Ave, Room 150<br>Towson, MD 21204-4605 | Breakout Capital LLC<br>1451 Dolley Madison Blvd, Suite 200<br>Mc Lean, VA 22101-3847 |
| Caterpillar Financial Services<br>Lockbox 730681<br>14800 Frye Rd, 2nd Floor<br>Fort Worth, TX 76155-2732 | (d)Caterpillar Financial Services Corp<br>Attn: Erin O'Quinn<br>2120 West End Ave<br>Nashville, TN 37203-5341 | (d)Caterpillar Financial Services Corporation<br>Attn: Joan Morrison<br>2120 West End Avenue<br>Nashville, TN 37203 US |
| DVA Inc d/b/a Ditch Witch of Virginia<br>Aegis Law- Eric Langston<br>601 S. Lindberg Blvd.<br>Frontenac, MO 63131 | (d)DVA Inc d/b/a Ditch Witch of Virginia<br>Attn: AEGIS Law - Eric Langston<br>222 Third Ave SE, Sute 501, Ofc 6<br>Cedar Rapids, IA 52401-1542 | De Lage Landen Financial<br>Attn: Litigation & Recovery<br>1111 Old Eagle School Rd<br>Wayne, PA 19087-1453 |
| Deere Credit Services Inc<br>Attn: Litigation & Recovery Unit<br>PO Box 6600<br>Johnston, IA 50131-6600 | Dell Financial Services<br>PO Box 5275<br>Carol Stream, IL 60197-5275 | (d)Dell Financial Services<br>PO Box 81577<br>Austin, TX 78708-1577 |
| (d)Dell Financial Services LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Division of Child Support Enforcement<br>Bankruptcy Unit<br>2001 Maywill St, Suite 200<br>Richmond, VA 23230-3236 | Dominion Energy Virginia North Carolina<br>PO Box 26666<br>Richmond, VA 23261-6666 |

| | | |
|---|---|---|
| GreatAmerica Financial Services Corp<br>Attn: Peggy Upton<br>PO Box 609<br>Cedar Rapids, IA 52406-0609 | (d)GreatAmerica Financial Services Corp<br>PO Box 660831<br>Dallas, TX 75266-0831 | GreenState Credit Union<br>Attn: Legal<br>PO Box 800<br>North Liberty, IA 52317-0800 |
| (d)GreenState Credit Union<br>PO Box 925<br>North Liberty, IA 52314 | (d)Greenstate Credit Union<br>Attn: Bankruptcy<br>PO Box 925<br>North Liberty, IA 52317 | Herc Rentals Inc<br>23745 Pebble Run Pl<br>Sterling, VA 20166-2127 |
| (d)Herc Rentals Inc<br>27500 Riverview Center Blvd<br>Suite 100<br>Bonita Springs, FL 34134-4328 | Iowa Department of Revenue<br>Attn: Bankruptcy Unit<br>PO Box 10471<br>Des Moines, IA 50306-0471 | (d)Eric J. Langston<br>Aegis Law<br>222 Third Ave SE<br>Ste 501, Ofc 6<br>Cedar Rapids, IA 52401 |
| Marlin Business Corporation fka Marlin Busin<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 | Millbrook West LLC<br>Millbrook Quarries LLC<br>PO Box 163<br>Broad Run, VA 20137-0163 | Pinco Construction LLC<br>21010 Southbank St, #605<br>Sterling, VA 20165-7227 |
| Sheets Sterling Inc<br>Attn: Kimberly Bowser<br>PO Box 615<br>Sterling, VA 20167-0615 | U.S. Small Business Administration<br>Attn: BK Notices<br>332 S Michigan Ave, Suite 600<br>Chicago, IL 60604-4318 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u), IA | (d)Caterpillar Financial Services Corporation<br>c/o Mark A. Ludolph<br>300 Hamilton Boulevard - PO Box 6199<br>Peoria, IL  61601-6199 | (d)DVA, Inc. d/b/a Ditch Witch of Virginia<br>11053 Washington Hwy<br>Glen Allen, VA 23059-1905 |
| (u)Fence Pros LLC<br>3887 Trigg Turner Rd | (d)Green Note Capital Partners SPV LLC<br>1019 Avenue P, Suite 401<br>Brooklyn, NY 11223-2366 | (u)Keystone Savings Bank |

End of Label Matrix
Mailable recipients   423
Bypassed recipients     6
Total                 429