UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| IN RE: | CHAPTER 7 |
|---|---|
| DENNIS CLIFFORD BRUCE, | CASE NO. 24-00179 |
| Debtor(s). | ORDER CONTINUING HEARING SET FOR JULY 9, 2024, ON TRUSTEE'S OBJECTION TO EXEMPTIONS |

This matter comes before the Court on the Motion to Continue Hearing filed by Larry S. Eide, Trustee. The Court FINDS that good cause has been shown for the continuance requested and that the attorney for the Debtor has consented to the continuance.

IT IS THEREFORE ORDERED that the hearing set for July 9, 2024, on the Trustee's objection to exemptions filed May 17, 2024, is continued and reset for:
**September 24, 2024 at 10:30 AM**
**At:** U.S. Courthouse, 111 Seventh Avenue SE, 6th Floor Courtroom, Cedar Rapids, IA 52401

DATED AND ORDERED

July 8, 2024

Thad J. Collins

Order prepared by:
Larry S. Eide (AT0002317)
Pappajohn, Shriver, Eide & Nicholas P.C.
PO Box 1588
Mason City, IA  50402-1588
Telephone: (641) 423-4264
Facsimile: (641) 423-3145
Email: eide@pappajohnlaw.com