United States Bankruptcy Court

Northern District of Iowa

In re:  
Dennis Clifford Bruce  
    Debtor

Case No. 24-00179-TJC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0862-1      User: admin      Page 1 of 2  
Date Rcvd: Jul 08, 2024      Form ID: pdf902      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dennis Clifford Bruce, 565 Eastview Ave, Marion, IA 52302-5974 |
| aty | | Pappajohn, Shriver, Eide & Nielsen P.C., PO Box 1588, Mason City, IA 50402-1588 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2024 at the address(es) listed below:**

**Name**      **Email Address**

Austin Peiffer  
     on behalf of Creditor Ag & Business Legal Strategies austin@ablsonline.com  
     austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Eric J. Langston  
     on behalf of Creditor DVA  Inc., d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric J. Langston  
     on behalf of Plaintiff DVA  Inc. d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric W. Lam  
     on behalf of Creditor Keystone Savings Bank ELam@simmonsperrine.com  kcarmichael@SPMBLAW.com

Evan Lincoln Moscov  
     on behalf of Creditor Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com

| District/off: 0862-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 08, 2024 | Form ID: pdf902 | Total Noticed: 2 |

Janet G. Reasoner
    on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Larry S. Eide
    eide@pappajohnlaw.com IA12@ecfcbis.com

Larry S. Eide
    on behalf of Trustee Larry S. Eide eide@pappajohnlaw.com eidelr79374@notify.bestcase.com

Mark A Ludolph
    on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com

Paula L. Roby
    on behalf of Debtor Dennis Clifford Bruce paula@drpjlaw.com julie@drpjlaw.com,ashley@drpjlaw.com,lillian@drpjlaw.com

Ronald C. Martin
    on behalf of Debtor Dennis Clifford Bruce rmartin@drpjlaw.com
    rmartin.ecf@gmail.com,ashley@drpjlaw.com,julie@drpjlaw.com,lillian@drpjlaw.com

United States Trustee
    USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| IN RE: | CHAPTER 7 |
|---|---|
| DENNIS CLIFFORD BRUCE, | CASE NO. 24-00179 |
| Debtor(s). | ORDER CONTINUING HEARING SET FOR JULY 9, 2024, ON TRUSTEE'S OBJECTION TO EXEMPTIONS |

This matter comes before the Court on the Motion to Continue Hearing filed by Larry S. Eide, Trustee. The Court FINDS that good cause has been shown for the continuance requested and that the attorney for the Debtor has consented to the continuance.

IT IS THEREFORE ORDERED that the hearing set for July 9, 2024, on the Trustee's objection to exemptions filed May 17, 2024, is continued and reset for:
**September 24, 2024 at 10:30 AM**
**At:** U.S. Courthouse, 111 Seventh Avenue SE, 6th Floor Courtroom, Cedar Rapids, IA 52401

DATED AND ORDERED

July 8, 2024

Thad J. Collins

Order prepared by:
Larry S. Eide (AT0002317)
Pappajohn, Shriver, Eide & Nicholas P.C.
PO Box 1588
Mason City, IA  50402-1588
Telephone: (641) 423-4264
Facsimile: (641) 423-3145
Email: eide@pappajohnlaw.com