IA-18
(Revised 6/98)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>DENNIS CLIFFORD BRUCE,<br><br>               Debtor(s). | CHAPTER 7<br>CASE NO. 24-00179<br><br>NOTICE OF AND MOTION FOR APPROVAL OF COMPROMISE OR SETTLEMENT OF CONTROVERSY |

_____

The undersigned Trustee has entered into a compromise or settlement of controversy and moves the Court to approve the following:

The Debtor claimed an exemption with respect to a Collins Community Credit Union IRA in the amount of $5,000.00. The contribution to this IRA was made with respect to the 2023 tax year. The Trustee timely objected to the IRA exemption claim and the Debtor has resisted the Trustee's objection.

The Trustee asserts that under Iowa Code §627.8(f) the exemption for a contribution to an IRA is "limited to the maximum deductible contribution". The Debtor and his non-filing spouse filed a joint tax return for 2023 and both the Debtor and his non-filing spouse were participants in another qualified plan for 2023. Consequently, pursuant to the Internal Revenue Code, a contribution to an IRA for 2023 is deductible by the Debtor only if the income on the Debtor's 2023 income tax return is less than a stated dollar amount. The combined income on the Debtor's jointly filed income tax return exceeds the proscribed dollar amount. Therefore, the Trustee asserts that the IRA contribution by the Debtor for 2023 is not deductible, and the IRA to which the contribution was made is not exempt.

On the Debtor's jointly filed income tax return, no loss was claimed with respect to the Debtor's stock ownership in the S corporation, BDC Group, Inc., because the corporation's tax return has not been filed. To the best of the Trustee's knowledge, information and belief, the S corporation had a 2023 loss, which would entitle the Debtor to claim a loss on an amended income tax return in an amount sufficient to reduce the income on the Debtor's 2023 jointly filed income tax return to less than the proscribed dollar amount.

The Trustee and the Debtor have agreed to settle and compromise the Debtor's IRA exemption claim for the sum of $3,000.00 paid to the bankruptcy estate. This compromise results in a recovery to the bankruptcy estate of 60% of the claimed exemption amount without the necessity expending legal fees to litigate the objection to exemption.

IA-18
(Revised 6/98)
Page 2

The settlement sum is due within 10 days after the entry of an order approving this settlement and compromise. In the event that the settlement sum is not timely received, the Trustee has the right to cancel and terminate this settlement by notice to the Debtor and his attorney, or to obtain a judgment against the Debtor for the settlement sum and to pursue collect of the settlement sum.

NOTICE IS HEREBY GIVEN that objections must be served on the undersigned Trustee, the United States Trustee, Debtor(s), and Debtor(s)' counsel at the addresses shown below and filed with the United States Bankruptcy Court, Northern District of Iowa, Clerk's Office, 111 7th Avenue SE, Box 15, Cedar Rapids, IA 52401-2101, or United States Bankruptcy Court, Northern District of Iowa, Clerk's Office, Federal Building, 320 6th Street, Room 117, Sioux City, IA 51101, **on or before November 22, 2024**.

NOTICE IS FURTHER GIVEN timely-filed objections will be set for hearing by separate notice. If no objections are filed a separate order will enter.

DATED: November 1, 2024         /s/ Larry S. Eide
                                Larry S. Eide, Trustee (AT0002317)
                                PO Box 1588
                                Mason City, IA 50402-1588

Debtor(s):                              United States Trustee:
Dennis Clifford Bruce                   Mary R. Jensen
565 East View Ave                       Acting United States Trustee
Marion, IA 52302                        United States Federal Courthouse
                                        111 7th Avenue SE, Box 17
Debtor(s)' Counsel:                     Cedar Rapids, IA  52401-2101
Ronald C. Martin
Day Rettig Martin, P.C.
PO Box 2877
Cedar Rapids, IA 52406-2877

I certify that a copy of the document on which this appears and all enclosures were served the date indicated below on all creditors and parties-in-interest as required by the Bankruptcy Code and Rules by the office of Larry S. Eide per the attached list.

DATED: November 1, 2024          /s/ Larry S. Eide
                                 Larry S. Eide (AT0002317)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0862-1<br>Case 24-00179<br>Northern District of Iowa<br>Cedar Rapids<br>Fri Nov  1 11:24:36 CDT 2024 | 1 Stop Traffic Services LLC<br>5636 Kendall Ct Unit A<br>Arvada, CO 80002-2747 | 1 Stop Utility & Construction<br>5636 Kendall Ct Unit A<br>Arvada, CO 80002-2747 |
| ABB (Fastwyre)<br>Corporate Headquarters-North America<br>305 Gregson Dr<br>Cary, NC 27511-6496 | AG & EG LLC<br>c/o Anddrew Galinsky<br>3900 Vandalia Rd<br>Des Moines, IA 50317-1550 | AT&T Services Inc<br>Attn: Contract Admin<br>14575 Presidio Square Blvd<br>Houston, TX 77083-1586 |
| AUS Inc<br>137 NE 48th Pl<br>Des Moines, IA 50313-2343 | Ace Electric<br>1280 Progress St<br>PO Box 557<br>North Liberty, IA 52317-0557 | Acme Tools<br>1943 Blairs Ferry Rd NE<br>Cedar Rapids, IA 52402-5811 |
| Adam Verastegui<br>3023 SW Butternut Dr<br>Ankeny, IA 50023-7201 | Advance Auto Parts<br>Advance Financial Services<br>PO Box 742063<br>Atlanta, GA 30374-2063 | (p)ADVANCED TOWER SERVICES  LLC<br>ATTN AMANDA PEREA<br>2417 BAYLOR DR SE<br>ALBUQUERQUE NM 87106-3205 |
| Advanced Traffic Control Inc<br>PO Box 8958<br>Cedar Rapids, IA 52408-8958 | Affordable Pressure Washing<br>7303 Mount Vernon Rd SE<br>Cedar Rapids, IA 52403-7130 | (p)AG & BUSINESS LEGAL STRATEGIES<br>PO BOX 11425<br>CEDAR RAPIDS IA 52410-1425 |
| Alberto Garcia Jr<br>2024-42 Fairfax Pike<br>White Post, VA 22663 | Alexis Reyes Lira<br>2324 Imogene St<br>Memphis, TN 38114-6215 | (p)ALLIANT ENERGY<br>300 E SHERIDAN AVE<br>CENTERVILLE IA 52544-2625 |
| Allied Glass<br>1575 Ketelsen Dr, Suite 500<br>Hiawatha, IA 52233-2220 | Ally Bank, c/o AIS Portfolio Services LL<br>4515 N Santa Fe Ave<br>Dept APS<br>Oklahoma City, OK 73118-7901 | Ally Financial<br>PO Box 380901<br>Minneapolis, MN 55438-0901 |
| Ally Financing<br>PO Box 9001948<br>Louisville, KY 40290-1948 | (p)ALTORFER INC<br>PO BOX 1347<br>CEDAR RAPIDS IA 52406-1347 | American Boring Inc<br>6895 Pickering Rd<br>Carroll, OH 43112-9614 |
| American Truck & Trailer Supply<br>11949 Livingston Rd<br>Manassas, VA 20109-2780 | Antonio Reyes<br>201 Hays Ave<br>Trenton, TN 38382-2130 | Area Wide Protective<br>PO Box 636219<br>Cincinnati, OH 45263-6219 |
| Arizona Department of Revenue<br>Attn: Customer Care<br>PO Box 29086<br>Phoenix, AZ 85038-9086 | Arizona Department of Revenue<br>Office of Arizona Attorney General - BCE<br>c/o Tax, Bankruptcy and Collection Sct<br>2005 N Centra Ave, Suite 100<br>Phoenix, AZ 85004-1546 | Arnold Motor Supply<br>1000 44th St<br>Marion, IA 52302-1542 |

Arnold Motor Supply LLP
PO Box 320
Spencer, IA 51301-0320

Asphalt Restorations Inc
PO Box 278
Crownsville, MD 21032-0278

Asphalt Restorations, Inc.
1113 Chambers River Road
Crownsville, MD 21032-1528

Augustin Sanchez
224 N Auburn Dr
Sterling, VA 20164-5410

BDC Group, Inc.
925 Boyson Ct
Hiawatha, IA 52233-1233

BILL / Divvy
13707 S 200 W, Suite 100
Draper, UT 84020-2443

BILL / Divvy
6220 America Center Dr, Suite 100
San Jose, CA 95002

BL Tower Construction
11111 E Pine St
Tulsa, OK 74116-1600

BMO Bank N.A.
PO Box 3040
Cedar Rapids, IA 52406-3040

BMO Bank NA f/k/a Bank of the West
d/b/a Ditch Witch Financial Services
1625 W Fountainhead Pkwy
AZ-FTN-10C-A
Tempe, AZ 85282-2371

BMO Bank NA f/k/a Bank of the West
d/b/a Ditch Witch Financial Services
Attn: Thomas Burke / Peter Chalik
699 Walnut St, Suite 2000
Des Moines, IA 50309-3948

BMO Harris Bank, NA
300 E John Carpenty Frwy
Irving, TX 75062-2727

BMO Harris Bank, NA
3925 Fountains Blvd NE
Cedar Rapids, IA 52411-6619

BMO Harris Bank, NA
PO Box 3040
Cedar Rapids, IA 52406-3040

BMO Harris Bank, NA
PO Box 71810
Chicago, IL 60694-1810

(p)BMW FINANCIAL SERVICES
CUSTOMER SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

BMW Financial Services NA, LLC
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

BMW Financial Services NA, LLC, c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

BREAKOUT CAPITAL, LLC
c/o Weltman, Weinberg & Reis Co., LPA
965 Keynote Circle
Cleveland, OH 44131-1829

BTM Engineering Inc
3001 Taylor Springs Dr
Louisville, KY 40220-1586

(p)BALTIMORE COUNTY MARYLAND
ATTN OFFICE OF BUDGET & FINANCE
400 WASHINGTON AVENUE
RM 150
TOWSON MD 21204-4605

Bank of America
100 N Tryon St
Charlotte, NC 28202-4036

Bank of America
PO Box 15220
Wilmington, DE 19886-5220

Bank of America, NA
PO Box 31785
Tampa, FL 33631-3785

Bank of America, NA
c/o SouthLaw PC
13150 Foster, Suite 100
Overland Park, KS 66213-2660

Barbour Building Systems LLC
21421 E Truman Rd
Independence, MO 64056-2673

Barnhart Crane
PO Box 2153 Dept 1906
Birmingham, AL 35287-0002

BerganKDV
Creative Planning Tax LLC
417 1st Ave SE, Suite 300
Cedar Rapids, IA 52401-1309

BerganKDV
PO Box 735484
Dallas, TX 75373-5484

Bid2Win Software Inc, a/k/a B2W Software
99 Bow St, Suite 500
Portsmouth, NH 03801-3846

| | | |
|---|---|---|
| Blue Star Power Systems Inc<br>2250 Carlson Dr<br>Mankato, MN 56003-2213 | Bollmeier Crane & Lift<br>508 Hickory Ln<br>Marissa, IL 62257-1706 | Bradley & Riley PC<br>Attn: Laura Hyer<br>2007 1st Ave SE<br>PO Box 2804<br>Cedar Rapids, IA 52406-2804 |
| Brandon Hugenel<br>2105 25th St SW<br>Cedar Rapids, IA 52404-2483 | Breakout Capital Finance LLC<br>c/o Weltman Weinger & Reis Co LPA<br>Attn: Scott D. Fink<br>965 Keynote Cir<br>Cleveland, OH 44131-1829 | (p)BREAKOUT CAPITAL  LLC<br>1775 TYSONS BLVD<br>FL 5<br>MCLEAN VA 22102-4285 |
| Bright Lighting Inc<br>11111 E Pine St<br>Tulsa, OK 74116-1600 | Dennis Clifford Bruce<br>565 Eastview Ave<br>Marion, IA 52302-5974 | Bulldog Pipe<br>16657 E 122nd St N<br>Collinsville, OK 74021-5180 |
| CAJ Services LLC<br>2400 Tawakoni Dr<br>Debt of BDC Group, Inc.<br>Wylie, TX 75098-0797 | CB Companies LLC<br>1525 Ketelsen Dr<br>Hiawatha, IA 52233-2221 | CIT Sewer Solutions<br>530 Dubois Ave<br>Mc Callsburg, IA 50154 |
| Campbell Supply Co<br>2127 N Towne Lane NE<br>Cedar Rapids, IA 52402-1913 | Candace N. Bruce<br>565 Eastview Ave<br>Marion, IA 52302-5974 | Capital Installations & Services<br>1202 Evergreen Ln<br>Pingree Grove, IL 60140-9100 |
| Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>PO Box 4069<br>Carol Stream, IL 60197-4069 | Capital One<br>PO Box 6492<br>Carol Stream, IL 60197-6492 |
| Capital One NA<br>by American InfoSource as agent<br>4514 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Capital One NA<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Car Communications LLC<br>8300 Sunset Dr<br>Manassas, VA 20110-3800 |
| Carrier Access IT, LC<br>1050 Depot Ln SE #100<br>Cedar Rapids, IA 52401-2463 | Carrier Access IT, LC<br>1275 NW 128th St<br>Clive, IA 50325-7403 | Castle Concrete LLC<br>1325 Meade St<br>Flatwoods, KY 41139-1027 |
| Caterpillar Financial Services<br>2600 6th St SW<br>Cedar Rapids, IA 52404-3504 | (p)CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 | Caterpillar Financial Services Corp<br>c/o Mark A Ludolph<br>300 Hamilton Blvd, PO Box 6199<br>Peoria, IL 61601-6199 |
| Cedar Rapids/Linn Co. Solid Waste Agency<br>1954 County Home Rd<br>Marion, IA 52302-9758 | Cellco Partnership d/b/a Verizon Wireles<br>Attn: William M Vermette<br>22001 Loudoun County Pkwy<br>Ashburn, VA 20147-6122 | Centurylink Communications LLC<br>Attn: Legal-BKY<br>1025 El Dorado Blvd<br>Broomfield, CO 80021-8249 |

Chad Harris
261 Sunset Ln
Hiawatha, IA 52233

Chantilly Crushed Stone Inc
PO Box 220112
Chantilly, VA 20153-0112

City of Cedar Rapids
Attn: City Attorney
3851 River Ridge Road NE
Cedar Rapids, IA 52402-7531

City of Cedar Rapids
Attn: Rebecca Johnson, Purchasing Agent
101 First St SE
Cedar Rapids, IA 52401-1205

Clear Canopy LLC
1705 W University Dr #108-106
McKinney, TX 75069-3392

Clog Busters
3950 Vandalia Rd
Des Moines, IA 50317-1550

Collection Services Center
PO Box 9125
Des Moines, IA 50306-9125

Colliflower Inc
9320 Pulaski Hwy
Middle River, MD 21220-2418

Colton Paris
1267 Lawrence Ave
Hazleton, IA 50641-9627

Comcast
PO Box 70219
Philadelphia, PA 19176-0219

Commercial Group Realty
Attn: Shahram Ghaffarkhan
11990 Market St, Unit 501
Reston, VA 20190-6001

Complete Design Solutions LLC
3620 Developers Rd
Indianapolis, IN 46227-3520

Complete Design Solutions LLC
511B Davidson Dr
Minooka, IL 60447-8423

Complete Design Solutions LLC
Attn: Jeffrey P. Taylor
401 Old Marion Rd NE
PO Box 10020
Cedar Rapids, IA 52410-0020

Comptroller of Maryland
Bankruptcy Unit
301 W Preston St, Room 409
Baltimore, MD 21201-2383

Comstar Supply
105 Kestrel Dr
Collegeville, PA 19426-2061

Coopwood's Air Conditioning
414 W Tidwell Rd
Houston, TX 77091-4337

Corporation Service Company
as Representative
PO Box 2576
Springfield, IL 62708-2576

Crowbar's Ltd
4151 3rd Ave, Suite 101
Marion, IA 52302-3957

D & S Construction
1270 Country Club Dr
Marion, IA 52302-5504

D.R.S. Enterprises Inc
5339 Canal Rd
Garfield, OH 44125-4808

DDL Business Systems LLC
PO Box 940
Stephens City, VA 22655-0940

DM Concrete LLC
2462 10th Ave
Marion, IA 52302-2123

DST, Inc.
4700 Acorn Drive
Cleveland, OH 44131-6940

DTCenter I, Bldg C UOA
c/o CGR Comm Mgmt LLC
23465 Rock Haven Way, Suite 205
Sterling, VA 20166-4429

DVA Inc d/b/a Ditch Witch of Virginia
11053 Washington Hwy
Glen Allen, VA 23059-1905

(p)AEGIS LAW
601 S LINDBERGH BLVD
FRONTENAC MO 63131-2733

DVA, Inc.
d/b/a Ditch Witch of Virginia
c/o Eric J. Langston
601 S. Lindbergh Blvd., Flr 2
Frontenac, MO 63131-2733

DVA, Inc., d/b/a Ditch Witch of Virginia
11053 Washington Hwy
Glen Allen  11053-0001

Darling Ventures LLC
2404 Indian Hill Rd
Cedar Rapids, IA 52403-1526

| | | |
|---|---|---|
| Davis Tower Foundatin LLC<br>7001 W Memory Ln<br>Hulbert, OK 74441-1904 | Dawes Rigging & Crane Rental<br>PO Box 44080<br>Milwaukee, WI 53214-7080 | Dawson M. Olson<br>1285 Lincoln Dr<br>Marion, IA 52302-2348 |
| (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Dean A Spina<br>2007 First Ave SE<br>Cedar Rapids, IA 52402-6344 | Deere Credit Inc<br>c/o Shuttleworth & Ingersoll, PLC<br>Attn: Wes Huisinga / Benjamin Nielson<br>115 3rd St SE, Suite 500 / PO Box 2107<br>Cedar Rapids, IA 52401-1235 |
| (p)DEERE CREDIT SERVICES INC<br>ATTN LITIGATION & RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 | Delaware Withholding<br>Correspondence / Annual Forms<br>PO Box 830<br>Wilmington, DE 19899-0830 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Derek Neunaber<br>9710 York St<br>Anamosa, IA 52205-7869 | Derik Thomas<br>207 S Jones St<br>Anamosa, IA 52205-1752 | Des Moines Water Works<br>2201 George Flagg Pkwy<br>Des Moines, IA 50321-1190 |
| Devonte Johnson<br>201 Hart Ave<br>Des Moines, IA 50315-5270 | Ditch Witch - Iowa<br>8511 N Brady St<br>Davenport, IA 52806-9400 | Ditch Witch Financial Services<br>8418 Canyon Dr<br>Amarillo, TX 79119-7200 |
| Ditch Witch of Virginia<br>11053 Washington Hwy<br>Glen Allen, VA 23059-1905 | Diversified Underground Inc<br>PO Box 460909<br>Aurora, CO 80046-0909 | (p)DIVISION OF CHILD SUPPORT ENFORCEMENT<br>BANKRUPTCY UNIT<br>2001 MAYWILL STREET STE 200<br>RICHMOND VA 23230-3236 |
| Division of Child Support Enforcement<br>Bankruptcy Unit<br>PO Box 71900<br>Henrico, VA 23255-1900 | (p)DOMINION ENERGY VIRGINIA NORTH CAROLINA<br>PO BOX 26666<br>RICHMOND VA 23261-6666 | Donald B Rice Tire Company Inc<br>t/a Rice Tire<br>Attn: Mary Beth Beard<br>909 N East St<br>Frederick, MD 21701-4621 |
| Drake Shores<br>813 Saint Annes Dr<br>Iowa City, IA 52245-5635 | Drilltech LLC<br>7080 York St<br>Denver, CO 80229-7301 | Dulles Electric Supply Corp<br>22570 Shaw Rd, Suite 150<br>Sterling, VA 20166-4393 |
| Dylan Bowser<br>19125 Dales Ford Rd<br>Scotch Grove, IA 52310-7484 | Dylan Davis<br>2050 Edgewood Rd NW, Apt 4<br>Cedar Rapids, IA 52405-1006 | E.R. Utilities Construction<br>14520 Golden Oak Rd<br>Centreville, VA 20121-2262 |
| ET Communications LLC<br>40 E Station Ave<br>Coopersburg, PA 18036-2132 | East Central Iowa Council of Governments<br>700 16th St NE, Suite 301<br>Cedar Rapids, IA 52402-4665 | East Central Iowa Council of Governments<br>c/o Rush M Shortley - Attorney at Law<br>1921 51st St NE<br>Cedar Rapids, IA 52402-2400 |

| | | |
|---|---|---|
| Echo Group Inc<br>PO Box 336<br>Council Bluffs, IA 51502-0336 | Edge Consulting Engineers Inc<br>624 Water St<br>Prairie Du Sac, WI 53578-1027 | Larry S. Eide<br>PO Box 1588<br>Mason City, IA 50402-1588 |
| Larry S. Eide<br>Pappajohn, Shriver, Eide & Nielsen P.C.<br>103 E. State Street, Suite 800<br>PO Box 1588<br>Mason City, IA 50402-1588 | Electrical Engineering & Equipment<br>953 73rd St<br>Windsor Heights, IA 50324-1031 | Elevated Technology Solutions<br>2957 Highway IA-13<br>Marion, IA 52302-9658 |
| Elmer Majano Hernandez<br>15095 Arum Pl<br>Woodbridge, VA 22191-3847 | Equipment Marketers & Appraisers<br>Attn: Craig Hilpipre<br>3826 Cedar Hieghts Dr, Suite 7<br>Cedar Falls, IA 50613-6257 | Equipment Marketers & Appraisers<br>c/o Austin Peiffer<br>1350 Boyson Rd, Unit B<br>Hiawatha, IA 52233-2211 |
| Ernesto Valasco Caballero<br>1529 S Mole St<br>Philadelphia, PA 19146-4837 | Ethan Paris<br>1267 Lawrence Ave<br>Hazleton, IA 50641-9627 | Euler Hermes NA Insurance Co<br>as Agent for COMS<br>800 Red Brook Blvd, #400C<br>Owings Mills, MD 21117-5173 |
| FS3 Inc<br>PO Box 989<br>Annandale, MN 55302-0989 | Farmers & Merchants Savings Bank<br>200 First St SW<br>Cedar Rapids, IA 52404-5735 | Fence Pros Inc<br>3887 Trigg Turner Rd<br>Corydon, KY 42406-9581 |
| Ferguson d/b/a ACF<br>PO Box 100286<br>Atlanta, GA 30384-0286 | Fiber Network Resources<br>2486 State Route 588<br>Gallipolis, OH 45631-9105 | Fidelity Security Life - Avesis<br>Attn: Accounts Receivable<br>PO Box 842531<br>Los Angeles, CA 90084-2531 |
| Fin & Fern LLC<br>126 19th St SW<br>Cedar Rapids, IA 52405 | Five Nine Design Group LLC<br>15925 Hargray Dr<br>Noblesville, IN 46062-4658 | Five Star Communications LLC<br>725 S 33rd St<br>Omaha, NE 68105-1411 |
| Five Star Communications LLC<br>c/o Croker Huck Law Firm<br>Attn: David J Skalka<br>2120 S 72nd St, Suite 1200<br>Omaha, NE 68124-2366 | Fola Technologies<br>2121 Swan Dr<br>Camanche, IA 52730-2009 | Foundation Software<br>17800 Royalton Rd<br>Strongsville, OH 44136-5149 |
| Fujitsu Network Communications<br>2801 Telecom Pkwy<br>Richardson, TX 75082-3599 | Fusion Telecom Services LLC<br>4020 Oakmeadow Dr<br>Plano, TX 75093-8538 | Fuzzy Cow LLC<br>3969 Park Towne Ct NE<br>Cedar Rapids, IA 52402-6446 |
| GD Construction Inc<br>2514 Cove Hollow Ct<br>Rowlett, TX 75088-2436 | GLT Transportation Group<br>10 Canal St, #318<br>Miami, FL 33166-4404 | Galinsky Family Real Estate LLC<br>c/o Andrew Galinsky<br>3900 Vandalia Rd<br>Des Moines, IA 50317-1550 |

Galloway Group
5840 Youngquist Rd
Fort Myers, FL 33912-2271

Garcia Cable Inc
8318 Morningside Dr
Manassas, VA 20112-3511

Gary Bass Construction Inc
PO Box 601
Edgewood, TX 75117-0601

Genesis Utility Inc
1740 Fox Downs Ln
Oilville, VA 23129

Genuine Cable Group
PO Box 734769
Chicago, IL 60673-4769

Gina L Kramer, Atty
210 Jones St, Suite 201
Dubuque, IA 52001-7615

Global Rental Co Inc
33 Inverness Center Pkwy
Suite 250
Birmingham, AL 35242-7648

Graybar Electric Company Inc
12437 Collections Center Dr
Chicago, IL 60693-0124

Graybar Electric Company Inc
7601 Setzler Pkwy North
Brooklyn Park, MN 55445-1883

GreatAmerica Financial Services Corp
625 First St SE
Cedar Rapids, IA 52401-2030

(p)GREATAMERICA FINANCIAL SERVICES CORPORATIO
PO BOX 609
CEDAR RAPIDS IA 52406-0609

Green Note Capital Partners SPV LLC
1019 Avenue P
Suite 401
Brooklyn, NY 11223-2366

Green Note Capital Partners SPV LLC
Attn: Evan Lincoln Moscov
PO Box 8305
Waukegan, IL 60079-8305

Green Note Capital Partners SPV LLC
c/o Evan Lincoln Moscov
PO Box 8305
Waukegan, IL  60079

(p)GREENSTATE CREDIT UNION
ATTN LEGAL
PO BOX 800
NORTH LIBERTY IA 52317-0800

GreenState Credit Union
c/o Terry L Gibson
2015 Grand Ave, Suite 102
Des Moines, IA 50312-4902

Greenberg Traurug LLP
Attn: Jon L Swergold
401 E Las Olas Blvd, Suite 200
Fort Lauderdale, FL 33301-2211

GuideWell
303 E Rogers St
Houston, TX 77022-1617

Guy M Turner Inc
PO Box 7776
Greensboro, NC 27417-0776

H.M. Cragg Co
7490 Bush Lake Rd
Edina, MN 55439-2801

HDZ Enterprises Inc
7964 Conell Ct, Suite D
Lorton, VA 22079-1036

HGP Inc
401 Charles St
Fredericksburg, VA 22401-6019

Handley Dirt Work Plus LLC
3355 Schmickle Rd
Marion, IA 52302-9713

Harris & Heavener Excavating
149 Humphries Dr
Reynoldsburg, OH 43068-6801

Hawkeye Fire & Safety
716 Oakland Rd NE
Cedar Rapids, IA 52402-4669

Helton Law Office
Attn: Tonita M Helton
501 N Church St
Leon, IA 50144-1301

(p)HERC RENTALS INC
ATTN BANKRUPTCY
27500 RIVERVIEW CENTER BLVD 2ND FLOOR
BONITA SPRINGS FL 34134-4325

Herc Rentals Inc
c/o Shuttleworth & Ingersoll, PLC
Attn: Benjamin G Nielson
115 3rd St SE, Suite 500 / PO Box 2107
Cedar Rapids, IA 52406-2107

Hiawatha Properties LLC
Attn: Timothy J Wilson
1710 Hawkeye Dr, Suite 100
PO Box 25
Hiawatha, IA 52233-0025

Hiawatha Properties LLC
c/o Dan Childers
PO Box 2107
Cedar Rapids, IA 52406-2107

| | | |
|---|---|---|
| Hiawatha Water Dept<br>101 Emmons St<br>PO Box 25<br>Hiawatha, IA 52233-0025 | Hotel Engine Inc<br>DEPT CH 17483<br>Palatine, IL 60055-7483 | ISOLVED Benefit Services<br>PO Box 889<br>Coldwater, MI 49036-0889 |
| ImOn Communications LLC<br>101 Third Ae SW, Suite 400<br>Cedar Rapids, IA 52404-5736 | ImOn Communications LLC<br>PO Box 3446<br>Cedar Rapids, IA 52406-3446 | Imperial Crane Services Inc<br>7500 W Imperial Dr<br>Bridgeview, IL 60455-2395 |
| InteliPort Inc<br>103 N Church St<br>Hertford, NC 27944-1103 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)IOWA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 10471<br>DES MOINES IA 50306-0471 |
| Iowa Department of Revenue<br>Office of the Attorney General of Iowa<br>Attn: Bankruptcy Unit<br>1305 E. Walnut Street<br>Des Moines, IA 50319-0109 | Iowa Dept of Transportation<br>PO Box 10382<br>Des Moines, IA 50306-0382 | Iowa Workforce Development-U/E<br>1000 E Grand Ave<br>Des Moines, IA 50319-0220 |
| Isotropic Networks Inc<br>c/o Terry L Gibson<br>2015 Grand Ave, Suite 102<br>Des Moines, IA 50312-4902 | JA Lee Electric Services LLC<br>11 Melanie Lane, Suite 9<br>East Hanover, NJ 07936-1100 | JJJ Cable Communication LLC<br>2025 Keller Springs Rd #1015<br>Carrollton, TX 75006 |
| JK Communications LLC<br>304 Cottonwood St<br>Lexington, MO 64067-1386 | Jacob Hensel<br>1130 32nd St NE<br>Cedar Rapids, IA 52402-3515 | James River Equipment<br>9107 Owens Dr<br>Manassas, VA 20111-4802 |
| Jared B. Nelson<br>506 1st Street E<br>Newhall, IA 52315-9698 | Jarod Lee<br>207 N Marion St<br>Andrew, IA 52030 | Jason A Gang, Atty<br>1245 Hewlett Plaza, #478<br>Hewlett, NY 11557-4021 |
| Jeramie L. Ellefson<br>10245 45th Ave, Apt 4<br>Wyoming, IA 52362-7650 | Jody Rae Sartin<br>U.S. Small Business Administration<br>210 Walnut Street, Suite 749<br>Des Moines, IA 50309-2186 | John Deere Construction & Forestry Co<br>d/b/a John Deere Financial<br>6400 NW 86th St<br>PO Box 6600<br>Johnston, IA 50131-6600 |
| John Deere Construction & Forestry Co<br>d/b/a John Deere Financial<br>c/o Wes Huisinga / Benjamin Nielson<br>115 3rd St SE, Suite 500 / PO Box 2107<br>Cedar Rapids, IA 52401-1222 | Jones Transport LLC<br>Attn: Jennifer Houston<br>6184 Hwy 98 West, Suite 210<br>Hattiesburg, MS 39402 | Jose Reyes<br>615 Southlia Dr, Apt H<br>Kokomo, IN 46902-3490 |
| Joseph Welsh<br>6807 Kingswood Ln<br>Cedar Rapids, IA 52402-5937 | Juan Lira<br>201 Hays Ave<br>Trenton, TN 38382-2130 | KYF Global Partners<br>1019 Avenue P, #402<br>Brooklyn, NY 11223-2366 |

| | | |
|---|---|---|
| KYF Global Partners<br>Attn: Gadi Dotz / Gene Rosen's Law Firm<br>200 Garden City Plaza, Suite 405<br>Garden City, NY 11530-3338 | Kathleen Burgess<br>2510 Clark Ave<br>Marion, IA 52302-4135 | Kathleen M. Burgess<br>106 Cardinal Ave<br>Atkins, IA 52206-9728 |
| Kaylee E. Bruce<br>1075 Parkview Dr<br>Marion, IA 52302-2757 | Keenan Flint<br>304 3rd Ave<br>Hiawatha, IA 52233-1634 | Kelly M. Kemmerling<br>654 28th St Court SE<br>Cedar Rapids, IA 52403-3003 |
| Kenway Trucking LLC<br>1655 Commercial Dr<br>PO Box 237<br>Walford, IA 52351-0237 | Kevin L. Haines<br>1984 Scales Bend Rd NE<br>North Liberty, IA 52317-9332 | Keystone Savings Bank<br>807 Rosedale Dr<br>Center Point, IA 52213-9381 |
| Keystone Savings Bank<br>81 Main St<br>PO Box 367<br>Keystone, IA 52249-0367 | Keystone Savings Bank<br>Attn: Abram V. Carls / Eric W. Lam<br>115 3rd St SE, Suite 1200<br>Cedar Rapids, IA 52401-1266 | Keystone Savings Bank<br>c/o Eric W. Lam<br>115 Third Street SE, Suite 1200<br>Cedar Rapids, IA 52401-1222 |
| Kirkwood Community College<br>7725 Kirkwood Blvd<br>Cedar Rapids, IA 52404-5231 | Konica Minolta Business Solutions USA<br>c/o US Bank Equpment Finance<br>1310 Madrid St<br>Marshall, MN 56258-4099 | Konica Minolta Premier Finance<br>PO Box 790448<br>Saint Louis, MO 63179-0448 |
| Kramer Well Drilling LLC<br>W14405 Hwy 8<br>Weyerhaeuser, WI 54895-9631 | Kyle Enterprises LLC d/b/a Millennium<br>c/o Wagner Falconer & Judd, Ltd<br>300 N Corporate Dr, Suite 200<br>Brookfield, WI 53045-5833 | Kyle Enterprises LLC d/b/a Millennium<br>c/o Wagner Falconer & Judd, Ltd.<br>Suite 200<br>Brookfield, WI 53045 |
| L&M Underground Inc<br>7529 S Storm Mtn<br>Littleton, CO 80127-3807 | LL Pelling Co Inc<br>1425 West Penn St<br>PO Box 230<br>North Liberty, IA 52317-0230 | Eric W. Lam<br>115 Third Street S.E. Suite 1200<br>Cedar Rapids, IA 52401-1222 |
| LamoniHeating, Cooling & Plumbing LLC<br>139 N Linden St<br>Lamoni, IA 50140-1045 | Liberty Doors<br>900 W Penn St<br>North Liberty, IA 52317-9524 | Liberty Mutual Insurance<br>PO Box 91012<br>Chicago, IL 60680-1110 |
| Linn County REC<br>5695 REC Drive<br>PO Box 69<br>Marion, IA 52302-0069 | Linn County REC<br>c/o Pulkrabek Law Office, PLC<br>Attn: Julie Pulkrabeck<br>4698 Fox Lane NE<br>Iowa City, IA 52240-7733 | Liquid Capital Exchange Inc<br>Attn: Tammy Kemp / Vlad Rojko<br>5075 Yonge St, Suite 700<br>Toronto Ontario M2N 6C6, CANADA |
| Liquid Capital Exchange Inc<br>c/o Nymaster Goode, PC<br>Attn: Kristina Stanger<br>700 Walnut St, Suite 1600<br>Des Moines, IA 50309-3899 | Liquid Capital Exchange Inc<br>c/o Nymaster Goode, PC / Roy Leaf<br>625 1st St SE, Suite 400<br>Cedar Rapids, IA 52401-2032 | Lisa Watson<br>20388 Farmgate Terr<br>Ashburn, VA 20147-3710 |

| | | |
|---|---|---|
| Listo Services LLC<br>14773 Crimson Bluff<br>Winter Garden, FL 34787-3259 | Loudoun Auto Parts Inc<br>45977 Old Ox Rd<br>Sterling, VA 20166-9472 | Loudoun Quarries<br>PO Box 220112<br>Chantilly, VA 20153-0112 |
| Loudoun Water<br>PO Box 4000<br>Ashburn, VA 20146-2591 | Luck Stone Corp<br>PO Box 22696<br>New York, NY 10087-2696 | Mark A Ludolph<br>Heyl, Royster, Voelker & Allen<br>300 Hamilton Boulevard<br>P.O. Box 6199<br>Peoria, IL 61601-6199 |
| Lumen Law Department<br>931 14th St, 9th Floor<br>Denver, CO 80202-2994 | Lumen Technologies Group LLC<br>Attn: Legal - BKY<br>1025 El Dorado Blvd<br>Broomfield, CO 80021-8249 | Manchester Leasing Services Inc<br>18173 Edison Ave, Unit G<br>Chesterfield, MO 63005-3722 |
| Manchester Leasing Services Inc<br>2771 104th St, Suite 1<br>Urbandale, IA 50322-3883 | Manchester Leasing Services Inc<br>c/o Wandro & Associates / Terry Gibson<br>2015 Grand Ave, Suite 102<br>Des Moines, IA 50312-4902 | Maquoketa Valley REC<br>109 N Huber St<br>Anamosa, IA 52205-1453 |
| Marion Municipal Water Dept<br>3050 5th Ave<br>Marion, IA 52302-3758 | (p)MARLIN BUSINESS CORPORATION<br>ATTN F/K/A MARLIN BUSINESS BANK<br>300 FELLOWSHIP ROAD<br>MOUNT LAUREL NJ 08054-1727 | Marlin Leasing Corporation<br>d/b/a/ PEAC Solutions<br>300 Fellowship Rd<br>Mount Laurel, NJ 08054-1201 |
| Marlin Leasing Corporation dba PEAC Solution<br>300 Fellowship Rd.<br>Mt. Laurel, NJ 08054-1201 | Ronald C. Martin<br>Day Rettig Martin, P.C.<br>P. O. Box 2877<br>Cedar Rapids, IA 52406-2877 | Marvair<br>PO Box 400<br>Cordele, GA 31010-0400 |
| McCarthy Tire Service Co of VA<br>PO Box 1125<br>Wilkes Barre, PA 18703-1125 | McCoart Electric<br>68 Horse Picture<br>Lowmansville, KY 41232-9089 | McGrath<br>4610 Center Point Rd NE<br>Cedar Rapids, IA 52402-2412 |
| Mediacom Business<br>PO Box 5744<br>Carol Stream, IL 60197-5744 | Mediacom Communications Corp<br>Attn: Legal Department<br>One Mediacom Way<br>Chester, NY 10918-4850 | Michael Boots<br>PO Box 1112<br>Wilton, IA 52778-1112 |
| MidAmerican Energy Company<br>PO Box 4350 Credit<br>Davenport, IA 52808-4350 | MidAmerican Energy Company<br>PO Box 8020<br>Davenport, IA 52808-8020 | Midwest Wheel Companies<br>200 50th Ave SW<br>Cedar Rapids, IA 52404-4926 |
| Mike A. Miner<br>1447 Amber Rd, x44<br>Monticello, IA 52310-8070 | (p)MILLBROOK WEST LLC<br>PO BOX 163<br>BROAD RUN VA 20137-0163 | Millennium<br>2121 Hobbs Dr<br>Delevan, WI 53115-5600 |

Mob Communications LLC
13709 80th Terrace
Live Oak, FL 32060-8825

Mobile Mini Inc
4646 E Van Buren St, Suite 400
Phoenix, AZ 85008-6927

Modular Connections LLC
1090 Industrial Blvd
Bessemer, AL 35022-6009

Evan Lincoln Moscov
Law Office of Evan L. Moscov
P.O. Box 8305
Waukegan, IL 60079-8305

NOVA RECON
7720 Bethlehem Rd
Manassas, VA 20109-2716

NOVEC
PO Box 34795
Alexandria, VA 22334-0795

Nationwide Mutual Insurance
1100 Locust St, Dept 2006
Des Moines, IA 50391-2006

New Age Drilling LLC
3212 23rd St
Des Moines, IA 50320-2647

NinjaOne
3687 Tampa Rd, Suite 200
Oldsmar, FL 34677-6313

Northern Wisconsin Fence
W7620 Cork Rd
Phillips, WI 54555-6366

Old Republic Surety Group
PO Box 88120
Milwaukee, WI 53288-8120

Ostafi Communication Inc
2121 Swan Dr
Camanche, IA 52730-2009

Overhead Door
6515 4th St SW
Cedar Rapids, IA 52404-4761

Ozzy Fiber Construction Inc
14378 Sandhill Rd
Louisville, NE 68037-2848

PJI Law
3900 Jermantown Rd
Fairfax, VA 22030-4900

PWCSA
PO Box 2266
Woodbridge, VA 22195-2266

Pappajohn, Shriver, Eide & Nielsen P.C.
PO Box 1588
Mason City, IA 50402-1588

Austin Peiffer
Ag & Business Legal Strategies
PO Box 11425
Cedar Rapids, IA 52410-1425

Pennsylvania Dept of Revenue
PO Box 280904
Harrisburg, PA 17128-0904

Pickens, Barnes & Abernathy
Attn: Stephanie L. Hinz
1800 First Avenue NE, Suite 200
P.O. Box 74170
Cedar Rapids, IA 52402-5554

(p)PINCO CONSTRUCTION  LLC
21010 SOUTHBANK ST #605
STERLING VA 20165-7227

Plumetazz America Corp
225 Thrasher Pike
Soddy Daisy, TN 37379-4267

Poly Vinyl Roofing
785 Elbow Creek Rd
Mount Vernon, IA 52314-9732

Port-A-Johns
19212 Military Rd
Bennington, NE 68007-6212

Power Systems Electric South
1746 HWY 19 SE
Pelham, GA 31779

Precision Sheet Metal
1518 13th St
Belle Plaine, IA 52208-1327

Premier AV Solutions
609 W Jefferson St
Palmer, TX 75152-9638

Price Builders LLC
12185 Fredrick
Pampa, TX 79065-1513

Price Builders LLC
Attn: Peter J Chalik
699 Walnut St, Suite 2000
Des Moines, IA 50309-3948

Priceless Landscape
7015 Lancaster Thornville Rd NE
Pleasantville, OH 43148-9738

```
Primus Electronics                ProTech Electric Services Inc     Quality Power Solutions LLC
8101 Solutions Center             8615 Whitmore Cir, Suite 108      5718 Manufacturers Dr
Chicago, IL 60677-8001            Omaha, NE 68122-1844              Madison, WI 53704-6276


RCR Telecom LLC                   ROC Communications LLC            RP Construction LLC
2425 W Parker Rd, Bldg 6C         13908 Lake Dr NE                  Attn: Jeffrey D. Goetz
Carrollton, TX 75010-4725         Columbus, MN 55025-8609           801 Grand Ave, Suite 3700
                                                                    Des Moines, IA 50309-8004


RP Construction LLC               Ready Wireless                    Janet G. Reasoner
Attn: Reyna Paz, President & CEO  415 1st Street SE                  U.S. Trustee
24008 Bishop Meade Pl             Cedar Rapids, IA 52401-1808       111 7th Ave SE
Ashburn, VA 20148-1712                                              Box 17
                                                                    Cedar Rapids, IA 52401-2103


Resurface Inc                     Rexco Equipment Inc               Reyes Underground Utilities
7679 Limestone Dr, Suite 140      5900 SW 56th St                   1899 County Road 1126
Gainesville, VA 20155-4041        Des Moines, IA 50321-9621         Cumby, TX 75433-5149


Rice Tire                         Robert B. Brown                   Paula L. Roby
13032 Balls Ford Rd               4907 Harvest Ct SW                Day Rettig Martin, P.C.
Manassas, VA 20109-2410           Cedar Rapids, IA 52404-7411       150 1st Ave. NE, Suite 415
                                                                    P.O. Box 2877
                                                                    52406-2877
                                                                    Cedar Rapids, IA 52406-2877


Romero Construction LLC           Ross R. Michaelis                 S&S Fiberoptics Corp
4212 Airline Pkwy                 121 S Garnavillo St               14135 Dan Park Loop
Chantilly, VA 20151-3965          Anamosa, IA 52205-1975            Fort Myers, FL 33912-6853


SIA Underground Inc               Scherr Contracting LLC            Schimberg Company
324 Preston Dr                    5015 SW 8th St                    1106 Shaver Road NE
Warrenton, VA 20186-2673          Des Moines, IA 50315-4614         Cedar Rapids, IA 52402-4500


Sega Ag Works Inc                 Seth Stanton                      Sheets Sterling Inc
PO Box 39                         409 6th Ave SW                    Attn: Emily Douglas Moore
Cissna Park, IL 60924-0039        Cedar Rapids, IA 52404-5814       974 73rd St, Suite 16
                                                                    West Des Moines, IA 50265-1026


(p)SHEETS STERLING  INC           Sherwin-Williams                  Sherwin-Williams
ATTN KIMBERLY BOWSER              3501 J St SW                      c/o Michael B. Bach, Authorized Agent
P O BOX 615                       Cedar Rapids, IA 52404-4608       25 Whitney Drive, Suite 106
STERLING VA 20167-0615                                              Milford, OH 45150-8400


Shiloh Reiter                     Smith Gambrel & Russel LLP        Soft Dig Properties LLC
19032 Newport Rd                  Attn: Elizabeth Janczak /Shelly DeRousse  525 Milltown Rd, Suite 304
Anamosa, IA 52205-7703            311 S Wacker Dr, Suite 3000       North Brunswick, NJ 08902-3317
                                  Chicago, IL 60606-6683
```

| | | |
|---|---|---|
| Solutions Fiber Optic Inc<br>8422 Freedom Ct<br>Columbia, MD 21045-3100 | Sourstel Supply LLC<br>1635 Lakes Pkwy, Suite O<br>Lawrenceville, GA 30043-5897 | South Dakota Dept of Revenue<br>300 S Sycamore Ave, Suite 102<br>Sioux Falls, SD 57110-1323 |
| Star Equipment Ltd<br>PO Box 8438<br>Des Moines, IA 50301-8438 | State of Wisconsin DWD UI<br>PO Box 8914<br>Madison, WI 53708-8914 | Summit IG, LLC<br>Attn: Lee Grant VP & General Counsel<br>22365 Broderick Dr. Suite 250<br>Sterling, VA 20166-9396 |
| Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384-9211 | TMC Transportation<br>PO Box 1774<br>Des Moines, IA 50306-1774 | TNT Underground Utilities Inc<br>303 E Whitworth St<br>Hazlehurst, MS 39083-2607 |
| Tarheel Contractors Supply<br>162 Porter Rd<br>Rock Hill, SC 29730-6339 | TelcoDen Inc<br>PO Box 268<br>Walford, IA 52351-0268 | Tennessee Dept of Revenue<br>Andrew Jackson Bldg, 3rd Floor, Ste 500<br>500 Deaderick St<br>Nashville, TN 37242-1099 |
| Terry Durin Co<br>407 7th Ave SE<br>Cedar Rapids, IA 52401 | Tier 1 Tower Services LLC<br>955 16th Ave<br>Marion, IA 52302-2654 | Todd Shores<br>1840 Silver Maple Trail<br>North Liberty, IA 52317-4761 |
| Traffic Safety Supplies Inc<br>Attn: Accounts Receivable<br>14490 Lee Hwy<br>Gainesville, VA 20155-1838 | Transportation Consultants Inc<br>2400 86th St, Suite 28<br>Urbandale, IA 50322-4306 | Tripwireless Inc<br>4941 Allison St<br>Arvada, CO 80002-4421 |
| TrueNorth Companies, LC<br>PO Box 1863<br>Cedar Rapids, IA 52406-1863 | Ty McFarland<br>1826 23rd St NW<br>Cedar Rapids, IA 52405-5602 | Tyler R. Pelton<br>S3052 E Fox Hill Rd<br>Baraboo, WI 53913-9176 |
| U.S. Small Business Administration<br>10737 Gateway West, Suite 300<br>El Paso, TX 79935-4910 | U.S. Small Business Administration<br>2750 1st Ave NE, Suite 350<br>Cedar Rapids, IA 52402-4831 | (p)U S SMALL BUSINESS ADMINISTRATION<br>ATTN BK NOTICES<br>332 S MICHIGAN AVE SUITE 600<br>CHICAGO IL 60604-4318 |
| U.S. Small Business Administration<br>Attn: Jody Rae Sartin<br>210 Walnut St, Suite 749<br>Des Moines, IA 50309-2186 | U.S. Small Business Administration<br>Fresno District Office<br>801 R Street, Suite 201<br>Fresno, CA 93721-2365 | US Cellular<br>Dept 0205<br>Palatine, IL 60055-0205 |
| USA Communications<br>124 Main St<br>PO Box 389<br>Shellsburg, IA 52332-0389 | USTDW<br>PO Box 365<br>Walford, IA 52351-0365 | United Healthcare<br>Atlanta, GA 30374-0376 |

| | | |
|---|---|---|
| United Healthcare<br>PO Box 94017<br>Palatine, IL 60094-4017 | United Healthcare Insurance Co<br>Attn: CDM/Bankruptcy<br>185 Asylum St - 03B<br>Hartford, CT 06103-3408 | United Private Networks<br>120 W 12th St<br>Floor 11<br>Kansas City, MO 64105-1937 |
| United Rental<br>5735 4th St Ct SW<br>Cedar Rapids, IA 52404-4840 | United States Trustee<br>United States Federal Courthouse<br>111 7th Avenue SE, Box 17<br>Cedar Rapids, IA 52401-2103 | United States of America (SBA)<br>U.S. Attorney's Office<br>Attn: Marty McLaughlin<br>111 7th Ave SE, Box 1<br>Cedar Rapids, IA 52401-2103 |
| Utility Service Contractors Inc<br>1410 Industrial Dr, Suite 100<br>Hiawatha, IA 52233-1160 | Van Meter Inc<br>850 32nd Ave SW<br>Cedar Rapids, IA 52404-3913 | Veerabhadra R Malikireddy<br>c/o Samson Properties<br>14526 Lee Rd<br>Chantilly, VA 20151-2112 |
| Veridian Credit Union<br>Attn: Bankruptcy<br>P.O. Box 6000<br>1827 Ansborough Avenue<br>Waterloo, IA 50701-3629 | Vic's Crane & Heavy Haul Inc<br>3000 145th St SE<br>Rosemount, MN 55068-5916 | Virginia Dept of Taxation<br>PO Box 1777<br>Richmond, VA 23218-1777 |
| Virginia Employment Commission<br>PO Box 26441<br>Richmond, VA 23261-6441 | Virginia Ground Covers<br>21585 Cascades Pkwy<br>Sterling, VA 20166-9209 | WI Dept of Workforce Development<br>Unemployment Insurance Div<br>PO Box 7945<br>Madison, WI 53707-7945 |
| WI Dept of Workforce Development<br>Unemployment Insurance Div / Collections<br>PO Box 8914<br>Madison, WI 53708-8914 | WM Corporate Services Inc<br>As Payment Agent<br>PO Box 4648<br>Boston, MA 02205 | WM Enterprise LLC<br>11720 Beltsville Dr. #160<br>Beltsville, MD 20705-3166 |
| Wagner Falconer & Judd, Ltd.<br>300 N Corporate Drive<br>Suite 200<br>Brookfield, WI 53045-5833 | Wapsi Banks LLC<br>761 Wapsi Banks Rd<br>Central City, IA 52214-9651 | Wasape Construction<br>403747 W 3800 Rd<br>Talala, OK 74080-3416 |
| Watts Electric Company<br>13351 Dover St<br>Waverly, NE 68462-2516 | Watts Electric Company<br>c/o Brian S Koerwitz<br>5825 South 14th St, Suite 200<br>Lincoln, NE 68512-1233 | Wellmark<br>1331 Grand Ave<br>Des Moines, IA 50309-2565 |
| Wells Fargo Bank NA as Agent<br>Attn: Relationship Manager<br>14241 Dallas Pkwy, Suite 1300<br>Dallas, TX 75254-2955 | Wendling Quarries Inc<br>2647 225th St<br>De Witt, IA 52742-9123 | West Pacific Drilling Inc<br>Attn: Brandon Kuenzi, Secretary<br>PO Box 882<br>Silverton, OR 97381-0882 |
| West Union Trenching LLC<br>800 Hwy 150 South<br>West Union, IA 52175-1600 | Wisconsin Dept of Revenue<br>PO Box 8901<br>Madison, WI 53708-8901 | Youngwood Lane LLC<br>Attn:Paul Szczenski<br>44112 Mercure Cir<br>Sterling, VA 20166-2084 |

| | | |
|---|---|---|
| Younts Contracting LLP<br>6640 NW Beaver Dr<br>Johnston, IA 50131-1309 | ZMAC Transportation Solutions<br>PO Box 55<br>Union Grove, WI 53182-0055 | Zackary McElroy<br>416 G Ave NW<br>Cedar Rapids, IA 52405-2660 |
| Zayo Group LLC<br>1805 29th St, Suite 2050<br>Boulder, CO 80301-1067 | Zayo Group LLC<br>c/o Timothy N. Lillwitz<br>801 Grand Ave, Suite 3700<br>Des Moines, IA 50309-8004 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Advanced Tower Services LLC<br>2417 Baylor Drive SE<br>Albuquerque, NM 87106-3205 | Ag & Business Legal Strategies<br>P.O. Box 11425<br>Cedar Rapids, IA 52410-1425 | (d)Ag & Business Legal Strategies<br>Attn: Austin Peiffer<br>PO Box 11425<br>Cedar Rapids, IA 52410-1425 |
| (d)Ag & Business Legal Strategies<br>Attn: Joe Peiffer & Austin Peiffer<br>PO Box 11425<br>Cedar Rapids, IA 52410-1425 | Alliant Energy<br>300 E Sheridan Ave<br>Centerville, IA 52544-2625 | Altorfer Inc<br>PO Box 1347<br>Cedar Rapids, IA 52405-1347 |
| BMW Financial Services<br>Attn: Bankruptcy/Correspondence<br>PO Box 3608<br>Dublin, OH 43016 | Baltimore County Maryland<br>Attn: Office of Budget & Finance<br>400 Washington Ave, Room 150<br>Towson, MD 21204-4605 | Breakout Capital LLC<br>1451 Dolley Madison Blvd, Suite 200<br>Mc Lean, VA 22101-3847 |
| Caterpillar Financial Services<br>Lockbox 730681<br>14800 Frye Rd, 2nd Floor<br>Fort Worth, TX 76155-2732 | (d)Caterpillar Financial Services Corp<br>Attn: Erin O'Quinn<br>2120 West End Ave<br>Nashville, TN 37203-5341 | (d)Caterpillar Financial Services Corporation<br>Attn: Joan Morrison<br>2120 West End Avenue<br>Nashville, TN 37203 US |
| DVA Inc d/b/a Ditch Witch of Virginia<br>Aegis Law- Eric Langston<br>601 S. Lindberg Blvd.<br>Frontenac, MO 63131 | (d)DVA Inc d/b/a Ditch Witch of Virginia<br>Attn: AEGIS Law - Eric Langston<br>222 Third Ave SE, Sute 501, Ofc 6<br>Cedar Rapids, IA 52401-1542 | De Lage Landen Financial<br>Attn: Litigation & Recovery<br>1111 Old Eagle School Rd<br>Wayne, PA 19087-1453 |
| Deere Credit Services Inc<br>Attn: Litigation & Recovery Unit<br>PO Box 6600<br>Johnston, IA 50131-6600 | Dell Financial Services<br>PO Box 5275<br>Carol Stream, IL 60197-5275 | (d)Dell Financial Services<br>PO Box 81577<br>Austin, TX 78708-1577 |
| (d)Dell Financial Services LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Division of Child Support Enforcement<br>Bankruptcy Unit<br>2001 Maywill St, Suite 200<br>Richmond, VA 23230-3236 | Dominion Energy Virginia North Carolina<br>PO Box 26666<br>Richmond, VA 23261-6666 |

| | | |
|---|---|---|
| GreatAmerica Financial Services Corp<br>Attn: Peggy Upton<br>PO Box 609<br>Cedar Rapids, IA 52406-0609 | (d)GreatAmerica Financial Services Corp<br>PO Box 660831<br>Dallas, TX 75266-0831 | GreenState Credit Union<br>Attn: Legal<br>PO Box 800<br>North Liberty, IA 52317-0800 |
| (d)GreenState Credit Union<br>PO Box 925<br>North Liberty, IA 52314 | (d)Greenstate Credit Union<br>Attn: Bankruptcy<br>PO Box 925<br>North Liberty, IA 52317 | Herc Rentals Inc<br>23745 Pebble Run Pl<br>Sterling, VA 20166-2127 |
| (d)Herc Rentals Inc<br>27500 Riverview Center Blvd<br>Suite 100<br>Bonita Springs, FL 34134-4328 | Iowa Department of Revenue<br>Attn: Bankruptcy Unit<br>PO Box 10471<br>Des Moines, IA 50306-0471 | (d)Eric J. Langston<br>Aegis Law<br>222 Third Ave SE<br>Ste 501, Ofc 6<br>Cedar Rapids, IA 52401 |
| Marlin Business Corporation fka Marlin Busin<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 | Millbrook West LLC<br>Millbrook Quarries LLC<br>PO Box 163<br>Broad Run, VA 20137-0163 | Pinco Construction LLC<br>21010 Southbank St, #605<br>Sterling, VA 20165-7227 |
| Sheets Sterling Inc<br>Attn: Kimberly Bowser<br>PO Box 615<br>Sterling, VA 20167-0615 | U.S. Small Business Administration<br>Attn: BK Notices<br>332 S Michigan Ave, Suite 600<br>Chicago, IL 60604-4318 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u), IA | (d)Caterpillar Financial Services Corporation<br>c/o Mark A. Ludolph<br>300 Hamilton Boulevard - PO Box 6199<br>Peoria, IL  61601-6199 | (d)DVA, Inc. d/b/a Ditch Witch of Virginia<br>11053 Washington Hwy<br>Glen Allen, VA 23059-1905 |
| (u)Fence Pros LLC<br>3887 Trigg Turner Rd | (d)Green Note Capital Partners SPV LLC<br>1019 Avenue P, Suite 401<br>Brooklyn, NY 11223-2366 | (u)Keystone Savings Bank |

End of Label Matrix
Mailable recipients    424
Bypassed recipients      6
Total                  430