canclhrg 7/2023

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Dennis Clifford Bruce

Chapter 7

Bankruptcy No. 24–00179

Debtor

## NOTICE CANCELING HEARING
## ON OBJECTION TO EXEMPTIONS (DOC. 40)

To:

Ronald C. Martin and Paula L. Roby, Attorneys for Debtor
Larry S. Eide, Trustee
United States Trustee
Dennis Clifford Bruce, Debtor

**NOTICE IS HEREBY GIVEN** that the above matter(s) scheduled for November 19, 2024 at 10:30 AM is hereby **CANCELED**.

If objections to the Motion for Approval of Compromise or Settlement of Controversy (Doc. 67) are filed, the hearing on the Objections to Exemptions (Doc. 40) will be reset.

Date: November 15, 2024

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Danielle Cripe*

Deputy Clerk