# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>DENNIS CLIFFORD BRUCE,<br><br>Debtor(s). | CHAPTER 7<br>CASE NO. 24-00179<br><br>ORDER APPROVING COMPROMISE OR SETTLEMENT OF CONTROVERSY |

This matter comes before the Court upon the Notice and Motion for Approval of Compromise or Settlement of Controversy filed herein by the Trustee on November 1, 2024. The Court FINDS that Notice was provided as required by Local Bankruptcy Rule 6004-1 and the Bankruptcy Code and Rules. The Court further FINDS that no objections to the compromise or settlement of controversy have been timely filed. The Court further FINDS that the compromise or settlement of controversy described in said Notice is in the best interests of this Estate, and it should be approved.

AND, IT IS SO ORDERED.

DATED AND ENTERED   December 9, 2024

_____
Thad J. Collins, Bankruptcy Judge

This order was prepared by:

Larry S. Eide (AT0002317)
PAPPAJOHN, SHRIVER, EIDE & NIELSEN P.C.
103 East State Street, Suite 800
PO Box 1588
Mason City, Iowa  50402-1588
Telephone:  (641) 423-4264
Facsimile: (641) 423-3145
Email: eide@pappajohnlaw.com