United States Bankruptcy Court

Northern District of Iowa

In re:  
Dennis Clifford Bruce  
    Debtor

Case No. 24-00179-TJC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0862-1      User: admin      Page 1 of 2  
Date Rcvd: Dec 09, 2024      Form ID: pdf902      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dennis Clifford Bruce, 565 Eastview Ave, Marion, IA 52302-5974 |
| aty | | Pappajohn, Shriver, Eide & Nielsen P.C., PO Box 1588, Mason City, IA 50402-1588 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2024 at the address(es) listed below:

**Name**      **Email Address**

Austin Peiffer  
     on behalf of Creditor Ag & Business Legal Strategies austin@ablsonline.com  
     austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Eric J. Langston  
     on behalf of Creditor DVA Inc., d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric J. Langston  
     on behalf of Plaintiff DVA Inc. d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric W. Lam  
     on behalf of Creditor Keystone Savings Bank ELam@simmonsperrine.com  kcarmichael@SPMBLAW.com

Evan Lincoln Moscov  
     on behalf of Creditor Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 09, 2024 | Form ID: pdf902 | Total Noticed: 2 |

Janet G. Reasoner
    on behalf of Plaintiff United States Trustee janet.g.reasoner@usdoj.gov

Janet G. Reasoner
    on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Larry S. Eide
    eide@pappajohnlaw.com IA12@ecfcbis.com

Larry S. Eide
    on behalf of Trustee Larry S. Eide eide@pappajohnlaw.com

Mark A Ludolph
    on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com

Paula L. Roby
    on behalf of Debtor Dennis Clifford Bruce paula@drpjlaw.com ashley@drpjlaw.com,lillian@drpjlaw.com

Paula L. Roby
    on behalf of Defendant Dennis Clifford Bruce paula@drpjlaw.com ashley@drpjlaw.com,lillian@drpjlaw.com

Ronald C. Martin
    on behalf of Defendant Dennis Clifford Bruce rmartin@drpjlaw.com
    rmartin.ecf@gmail.com,sdaves@drpjlaw.com,ashley@drpjlaw.com,lillian@drpjlaw.com

Ronald C. Martin
    on behalf of Debtor Dennis Clifford Bruce rmartin@drpjlaw.com
    rmartin.ecf@gmail.com,sdaves@drpjlaw.com,ashley@drpjlaw.com,lillian@drpjlaw.com

United States Trustee
    USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 15

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| IN RE: | CHAPTER 7 |
| --- | --- |
| DENNIS CLIFFORD BRUCE, | CASE NO. 24-00179 |
| Debtor(s). | ORDER APPROVING COMPROMISE OR SETTLEMENT OF CONTROVERSY |

This matter comes before the Court upon the Notice and Motion for Approval of Compromise or Settlement of Controversy filed herein by the Trustee on November 1, 2024. The Court FINDS that Notice was provided as required by Local Bankruptcy Rule 6004-1 and the Bankruptcy Code and Rules. The Court further FINDS that no objections to the compromise or settlement of controversy have been timely filed. The Court further FINDS that the compromise or settlement of controversy described in said Notice is in the best interests of this Estate, and it should be approved.

AND, IT IS SO ORDERED.

DATED AND ENTERED   December 9, 2024

_____
Thad J. Collins, Bankruptcy Judge

This order was prepared by:

Larry S. Eide (AT0002317)
PAPPAJOHN, SHRIVER, EIDE & NIELSEN P.C.
103 East State Street, Suite 800
PO Box 1588
Mason City, Iowa  50402-1588
Telephone:  (641) 423-4264
Facsimile: (641) 423-3145
Email: eide@pappajohnlaw.com