# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>DENNIS CLIFFORD BRUCE,<br><br>　　　　Debtor. | Chapter 7<br><br>Case No. 24-00179<br><br>**NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR DEBTOR** |

COMES NOW the undersigned attorney(s) and herewith provide notice to the Court and to all parties that the street address of DAY RETTIG MARTIN, P.C. has been changed to 383 Collins Rd. NE, Suite 207, Cedar Rapids, IA, 52402.

Dated this 11th day of July 2025.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Ronald C. Martin
　　　　　　　　　　　　　　　　　　Ronald C. Martin　AT0005050
　　　　　　　　　　　　　　　　　　Paula L. Roby　　　AT0006749
　　　　　　　　　　　　　　　　　　383 Collins Rd. NE, Ste. 207
　　　　　　　　　　　　　　　　　　Cedar Rapids, Iowa 52402
　　　　　　　　　　　　　　　　　　Telephone: (319) 365-0437
　　　　　　　　　　　　　　　　　　FAX: (319) 365-5866
　　　　　　　　　　　　　　　　　　E-mail: rmartin@drpjlaw.com
　　　　　　　　　　　　　　　　　　Attorneys for Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of July 2025, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system and served electronically on those participants that receive service through the CM/ECF System.

　　　　　　　　　　　　　　　　　　By: /s/  Ashley N. Sharp