# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Dennis Bruce, | ) | Bankruptcy No. 24-00179 |
| | ) | |
| Debtor. | ) | |

## TRUSTEE'S NOTICE OF RESIGNATION

I, Larry S. Eide, hereby resign as trustee in the above-entitled case subject to the approval of the U.S. Trustee, and respectfully report the following:

1. Within fifteen (15) days after the filing of this Notice of Resignation, I will file with the court pursuant to 11 U.S.C. §§ 326 and 330(a) and Fed. R. Bankr. P. 2016, if applicable, an application for compensation and/or reimbursement of expenses incurred in connection with my receipt and/or administration of property of the estate.

2. Within five (5) days of being notified of the appointment of a successor trustee, I will turn over the balance of any funds on hand and all financial records for this estate to such successor trustee.

I request this notice be approved and that I be discharged as trustee in this case.

DATED: November 18, 2025.

_____
Larry S. Eide