United States Bankruptcy Court

Northern District of Iowa

In re:  
Dennis Clifford Bruce  
    Debtor

Case No. 24-00179-TJC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0862-1     User: admin     Page 1 of 2  
Date Rcvd: Nov 21, 2025     Form ID: trappt     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dennis Clifford Bruce, 565 Eastview Ave, Marion, IA 52302-5974 |
|  | + | Larry S. Eide, Trustee, PO Box 1588, Mason City, IA 50402-1588 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2025 at the address(es) listed below:

**Name**     **Email Address**

Austin Peiffer  
    on behalf of Creditor Ag & Business Legal Strategies austin@ablsonline.com austinABLS@ecf.courtdrive.com;legalassistant@ablsonline.com

Colin Kreuziger  
    on behalf of Plaintiff United States Trustee colin.kreuziger@usdoj.gov

Eric J. Langston  
    on behalf of Creditor DVA Inc., d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric J. Langston  
    on behalf of Plaintiff DVA Inc. d/b/a Ditch Witch of Virginia elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric W. Lam  
    on behalf of Creditor Keystone Savings Bank ELam@simmonsperrine.com kcarmichael@SPMBLAW.com

District/off: 0862-1 User: admin Page 2 of 2
Date Rcvd: Nov 21, 2025 Form ID: trappt Total Noticed: 2

Evan Lincoln Moscov
    on behalf of Creditor Green Note Capital Partners SPV LLC evan.moscov@moscovlaw.com

Janet G. Reasoner
    on behalf of Plaintiff United States Trustee janet.g.reasoner@usdoj.gov

Janet G. Reasoner
    on behalf of U.S. Trustee United States Trustee janet.g.reasoner@usdoj.gov

Larry S. Eide
    eide@pappajohnlaw.com IA12@ecfcbis.com

Larry S. Eide
    on behalf of Trustee Larry S. Eide eide@pappajohnlaw.com

Mark A Ludolph
    on behalf of Creditor Caterpillar Financial Services Corporation mludolph@heylroyster.com

Paula L. Roby
    on behalf of Defendant Dennis Clifford Bruce paula@drpjlaw.com ashley@drpjlaw.com,sabrina@drpjlaw.com

Paula L. Roby
    on behalf of Debtor Dennis Clifford Bruce paula@drpjlaw.com ashley@drpjlaw.com,sabrina@drpjlaw.com

Robert C Gainer
    trustee@cutlerfirm.com RCGainer@ecf.axosfs.com

Ronald C. Martin
    on behalf of Defendant Dennis Clifford Bruce rmartin@drpjlaw.com
    rmartin.ecf@gmail.com,sdaves@drpjlaw.com,ashley@drpjlaw.com,sabrina@drpjlaw.com

Ronald C. Martin
    on behalf of Debtor Dennis Clifford Bruce rmartin@drpjlaw.com
    rmartin.ecf@gmail.com,sdaves@drpjlaw.com,ashley@drpjlaw.com,sabrina@drpjlaw.com

United States Trustee
    USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 17

trappt 5/2023

# UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF IOWA

In Re:

Dennis Clifford Bruce

Chapter 7

Bankruptcy No. 24−00179

Debtor

## APPOINTMENT OF INTERIM TRUSTEE AND APPROVAL OF STANDING BOND

**NOTICE IS HEREBY GIVEN**:

1. Debtor (or party in interest) filed this case under chapter 7 of Title 11, United States Bankruptcy Code on March 4, 2024.

2. The following interim trustee is hereby appointed, and the trustee's standing bond is fixed under the general blanket bond heretofore approved.

    Robert C Gainer

    Cutler Law Firm PC
    1307 50th Street
    West Des Moines, IA 50266

3. If the trustee rejects this appointment, the Court and United States Trustee's office must be notified within 7 days of receipt of this appointment. Otherwise, the trustee will be deemed to have accepted the appointment.

4. The Clerk's Office certifies that on this date a copy of this notice was served on the above−named trustee, Debtor, attorney for Debtor, and United States Trustee.


Date: November 21, 2025

MARY R. JENSEN
Acting U.S. Trustee Region 12

dhar

---

REJECTION

I, Robert C Gainer, hereby reject appointment as Trustee.

Dated: This _____ day of _____, 20 ____.

_____
Robert C Gainer