UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 24-00179 |
| DENNIS CLIFFORD BRUCE, | ) | |
| | ) | APPLICATION FOR APPROVAL OF |
| | ) | EMPLOYMENT OF ATTORNEY, |
| Debtors. | ) | RECOMMENDATION & ORDER |

1. Applicant is the trustee in this case.

2. Applicant believes that the employment of an Attorney is necessary to represent or assist trustee in carrying out the trustee's duties as follows:

> To render the Trustee legal advice with respect to the investigation of the actions of the Debtors; the recovery, collection, and sale of assets of the estate, and the filing of possible objections to claims, if applicable, and such other services as may be necessary in order for the Trustee to carry out his duties herein.

3. Robert C. Gainer, Cutler Law Firm, P.C., 1307 50th Street, West Des Moines, IA 50266, Telephone: (515) 223-6600 is qualified by reason of practice and experience to render such representation or assistance.

4. The compensation will be as follows:

The Firm will calculate its fees for professional services in accordance with agreed-upon hourly rates for these services, as such rates are subject to adjustment from time to time, for inflation and other factors. The current compensation range for attorneys working on these matters is $400.00 and $175.00 for paralegal assistance; plus, reimbursement of out-of-pocket expenses. The Firm adjusts its rates periodically, generally on January 1 of each year. All fees and expenses to be submitted to the Court prior to approval of the Court before payment.

5. Said professionals have disclosed to the undersigned that they do not have any present connections with the debtor, creditors, United States Trustee, or any other parties-in-interest.

**WHEREFORE**, applicant requests the Court approve such employment by the Trustee.

Dated:  11/26/2025   　　　　　　/s/ Robert C. Gainer   
　　　　　　　　　　　　　　　　Robert C. Gainer, Trustee  
　　　　　　　　　　　　　　　　Cutler Law Firm, P.C.  
　　　　　　　　　　　　　　　　1307 50th Street  
　　　　　　　　　　　　　　　　West Des Moines, IA 50266  
　　　　　　　　　　　　　　　　Telephone:  (515) 223-6600  
　　　　　　　　　　　　　　　　Facsimile:  (515) 223-6787  
　　　　　　　　　　　　　　　　E-mail:  trustee@cutlerfirm.com

(1)

## RULE 2014(a) VERIFICATION

I, Robert C. Gainer, of Cutler Law Firm, P.C., named in the foregoing Report, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge and belief.

Dated:  11/26/2025                  /s/ Robert C. Gainer
                                                      Robert C. Gainer, Trustee
                                                      Cutler Law Firm, P.C.
                                                      1307 50th Street
                                                      West Des Moines, IA 50266
                                                      Telephone:  (515) 223-6600
                                                      Facsimile:  (515) 223-6787
                                                      E-mail:  trustee@cutlerfirm.com

RECOMMENDATION OF THE UNITED STATES TRUSTEE

Based on the Application made by the trustee, I recommend that the professional employment applied for by the trustee be approved for the purpose indicated in the application.

Dated: November 28, 2025                          United States Trustee, Region 12

By: /s/ L. Ashley Wieck

ORDER

Upon the foregoing Application and Recommendation and for cause shown, and pursuant to the provisions of Title 11, United States Code, §327, it is

ORDERED, the professional employment applied for is hereby APPROVED subject to the limitations provided for by Title 11, United States Code, §328.

Dated this  1st  day of  December , 2025.

_____
UNITED STATES BANKRUPTCY JUDGE

(3)